## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIVE FACE ON WEB, LLC, a Pennsylvania limited liability company, **Plaintiff,** vs. WEALTH DEPOT LLC, a New Jersey limited liability company, and DANIEL GORDON, an individual, **Defendants.** | Civil Action No.: _____ **JURY TRIAL DEMANDED** |

## VERIFIED COMPLAINT

Plaintiff Live Face on Web, LLC, through its undersigned counsel, for its Complaint against the Defendants listed above, alleges as follows:

## I.      THE PARTIES

1.      Plaintiff, Live Face on Web, LLC ("LFOW"), is a Pennsylvania limited liability company with its principal place of business at 1300 Industrial Boulevard, Suite 212, Southampton, PA 18966.

2.      Upon information and belief, Defendant Wealth Depot LLC ("Wealth Depot"), is a New Jersey limited liability company with a principal place of business at 48 Water Street, #B, Newton, NJ 07860.

3.      Upon information and belief, Defendant Daniel Gordon ("Gordon") is a citizen of New Jersey, with a residence at 6 Anna Drive, Budd Lake, NJ 07828, and is the owner and/or manager and/or chief executive officer of Wealth Depot LLC.

## II.   JURISDICTION AND VENUE

4.     This action arising under the U.S. Copyright Act (17 U.S.C. §501 et seq.), and thus this Court has federal question jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.     As fully set forth herein, Wealth Depot and Gordon (collectively "Defendants") have used and distributed LFOW's software and/or infringing derivative works thereof, which are the subject of U.S. Copyright Registrations.

6.     This Court has personal jurisdiction over the Defendants because the Defendants have conducted business in, and have had continuous and systematic contacts with, the State of New Jersey and this District.

7.     This Court has personal jurisdiction over Gordon because, upon information and belief, he is a resident of New Jersey who is conducting business in and having continuous and systematic contacts with the State of New Jersey and this District.

8.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a) in that a substantial part of the events or omissions giving rise to the claims herein occurred in this District, and Defendants are located in this District.

## III.   PLAINTIFF'S BUSINESS AND COPYRIGHTED TECHNOLOGY

9.     LFOW is a developer and owner of "live person" software, which is an original work of authorship independently created by LFOW ("LFOW Software").

10.    The LFOW Software allows a company to display a video of a "walking" and "talking" personal host who introduces a website to an online visitor. The personal host is, in effect, a web spokesperson for the specific company for whom the video has been created. Typically the web spokesperson explains a company's products and/or services and directs a

visitor's attention to a particular product or aspect of the website. The LFOW Software is representative of LFOW's advertising idea; LFOW (and its customers) advertise services and solicit business through the use of a web spokesperson, which is typically tailored to specific goods and services found on the associated website.

11.    The LFOW Software enables a company to customize and dynamically modify settings and functionality of the web spokesperson. By way of example, a customer utilizing the LFOW Software can: (a) manipulate the positioning of the web spokesperson on its website and select between static, relative or dynamic positioning features; (b) adjust the delay between the time an online visitor enters the website and the start time of the web spokesperson's presentation; (c) select the number of times a video presentation plays for each particular visitor; and (d) select "click on me" functionality that directs a user to a predetermined page or section of the website which promotes goods or services and/or reinforces the image and brand of the customer.

12.    The LFOW Software seeks to enhance a web site by using a real spokesperson to capture, hold and prolong the attention of the average online visitor, enhancing the ability of the website to advertise specific goods and services. This technique has a direct positive impact on sales and/or the brand, public image and reputation of any company that has an online presence.

13.    Generally speaking, the LFOW Software can be implemented by LFOW's customers by modifying the HTML code of the LFOW customer's website. An HMTL script tag is embedded in the HTML code of the LFOW customer's website, which links the LFOW customer's website to a copy of the LFOW Software. An LFOW customer has the option of storing the copy of the LFOW Software on the same webserver(s) as the customer's website, or storing the copy of the LFOW Software on a different webserver(s) than the website. Many of

LFOW's customers choose to have the copy of the LFOW Software stored on LFOW's webservers.

14.     Regardless of the particular webserver(s) where the LFOW Software is stored, the functionality and result is the same. When a web browser is directed to a website linked to the LFOW Software, the embedded HTML script tag is read by the web browser and causes the automatic distribution of a copy of the LFOW Software. The LFOW Software is automatically saved by the web browser into cache, and/or a hard drive(s), and loaded into computer memory and/or RAM (random access memory). As a result of the distribution of the LFOW Software, the specific web spokesperson video is automatically launched and displayed to advertise on the associated website.

15.     Because the LFOW Software is written in JavaScript, it is possible to view the actual source code of the LFOW Software through a web browser. Anyone who accesses a website that has implemented the LFOW Software has access to the software. Additionally, any website visitor can download the LFOW Software and view it on virtually any text viewer or editor software (such as Word®, Notepad, etc.).

16.     The LFOW Software is licensed to customers for a license fee by LFOW, which also receives fees for other services.

17.     The LFOW Software is also subject to the terms and conditions of LFOW's End User License Agreement ("EULA"). Since at least October 2007, LFOW has included the web address where the EULA can be found, thus anyone who accessed any version of the LFOW Software since that time had notice of the EULA.

18.     LFOW has registered the LFOW Software. Pertinent to this action, on December 20, 2007, LFOW duly registered the copyright in the LFOW Software version 7.0.0, prior to the

publication of version 7.0.0, in the United States Copyright Office, as evidenced by the certificate of registration for TXu001610441, which was issued by the Register of Copyrights. A true and accurate copy of the certificate of registration is attached hereto as Exhibit A, and a true and accurate copy of the deposit work for TXu001610441 is attached hereto as Exhibit A1.

## IV.   DEFENDANTS' COPYRIGHT INFRINGEMENT

19.   Defendants   own,   and/or   operate   and/or   control   the   website http://pcobookkeepers.com ("Defendants' website"). A copy of the HTML source code for the Defendants' website is found at Exhibit B.

20.   Defendants' website advertises and promotes the products and/or services of Defendants.

21.   Upon information and belief, Defendants have used a web spokesperson video to promote Defendants' products and/or services.

22.   Upon information and belief, in order to display the web spokesperson video on Defendants' website, Defendants used and distributed, without permission, and therefore infringed upon, the LFOW Software.

23.   Upon information and belief, Defendants have the right and ability to modify their own website or to have their website modified on Defendants' behalf.

24.   Upon information and belief, Defendants copied and stored an infringing version of the LFOW Software on the webserver(s) for http://pcobookkeepers.com.

25.   Upon information and belief, to implement and distribute the infringing version of the LFOW Software, the Defendants' website was modified by or on behalf of Defendants to include   the   following   website   source   code   and/or   text,   shown   in   Exhibit   B: http://www.pcobookkeepers.com/talkingperson/new_player.js?swf=http://www.pcobookkeepers.

com/talkingperson/new_main.swf&amp;flv=http://www.pcobookkeepers.com/talkingperson/pco

bookkeepers.flv&amp;start=normal&amp;close=close&amp;play_when=1&amp;align_right=tru

e&amp;show_loading=yes&amp;width=480&amp;height=360&amp;vlm=80&amp;x_off=290.

This modification links the Defendants' website to the file "new_player.js", an infringing version

of the LFOW Software, which was stored on Defendants' webserver(s). A copy of

"new_player.js" is found at Exhibit C.

26.     As a result of the modification to the Defendants' website referenced above, when

a web browser retrieves a page from the Defendants' website, a copy of the infringing version of

the LFOW Software is distributed by Defendants to the website visitor and stored on the visitor's

computer in cache, memory and/or its hard drive. Accordingly, each visit to the Defendants'

website is a new act of copyright infringement.

27.     The infringing version of the LFOW Software, shown at Exhibit C, is

substantially similar to the LFOW Software, and includes one or more instances of "LFOW,"

which is a reference to LFOW. The infringing version of the LFOW Software also includes the

unique prefixes "lf_," which were arbitrarily chosen by LFOW to mark its code and indicate

LFOW's unique and original code. There is no functional value to the use of the letters "LFOW"

or "lf_" in the LFOW Software. Instead, these were both chosen as references to LFOW and its

code.

28.     The web spokesperson video that launches on Defendants' website is a result of

Defendants' distribution of the infringing version of the LFOW Software, which advertises and

promotes the products and/or services of Defendants, encouraging the website viewer to

purchase and/or use Defendants' products and/or services, thereby providing a monetary benefit

to Defendants. Thus, Defendants' copyright infringement of the LFOW Software is in their advertising, and the infringement is for the purpose of advertising their products and/or services.

29.     Defendants intend for a copy of the infringing version of the LFOW Software to be distributed to website visitors in their advertising, as this is necessary for the video spokesperson to appear on the screen of the website visitor. The volitional distribution of the infringing version of the LFOW Software by Defendants to their website visitors is seamless and transparent for the website visitors, who are able to view the video spokesperson advertising Defendants' products and/or services by virtue of receiving the copy of the infringing version of the LFOW Software.

30.     Defendants profit directly from and have a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendants to more effectively promote and sell their products and/or services by capturing, holding and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or the brand, public image and reputation of Defendants.

31.     The infringing version of the LFOW Software is a sales and advertising tool for Defendants to generate revenues and profits and, upon information and belief, the use and misuse of the infringing version of the LFOW Software by Defendants did in fact generate revenues and profits for Defendants, as more fully described herein.

32.     Defendants unlawfully and continuously used the infringing version of the LFOW Software on unauthorized Web Page(s), for which Defendants did not pay applicable license fees and video production fees to LFOW.

33.     The unlawful use, reproduction and/or distribution of the infringing version of the LFOW Software on the Defendants' website constitutes infringement of LFOW's intellectual property rights, including, without limitation, LFOW's registered copyrighted material(s).

34.     As a result of foregoing conduct of Defendants, LFOW has suffered significant harm and loss.

35.     Upon information and belief, Defendants actively induced end users to visit their website(s), and thereafter distributed the infringing version of the LFOW Software to end users (e.g. website visitors) numerous times.   The actual number can only be ascertained through discovery.

36.     Defendants have caused, enabled, facilitated, and/or materially contributed to the infringement by, inter alia, distributing copies of the accused software to each visitor via the Defendants' website(s) and refused to exercise their ability to stop the infringement made possible by the modification and continuous operation of their website(s).

37.     As the owner of the registered copyright in the LFOW Software, LFOW has an interest in protecting its rights against such copyright infringement.

38.     Under the authority of 17 U.S.C. § 504, LFOW is entitled to elect whether to recover statutory damages against Defendants for each act of copyright infringement.

39.     Where Defendants initiated or continued the infringing conduct while aware of the infringement, these actions were the result of reckless disregard for, or willful blindness to LFOW's rights, and therefore constitute volitional conduct and willful infringement.

## **COUNT ONE**

### **Copyright Infringement**

40.     LFOW incorporates by reference the averments contained in the preceding paragraphs above, as if set forth fully herein.

41.     Count One is an action under 17 U.S.C. § 501 for direct, indirect and/or vicarious infringement of registered copyright(s) as against the Defendants named in this Complaint.

42.     LFOW is the owner of valid copyright registration TXu001610441.

43.     LFOW has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. §§ 101 et seq., and all other laws governing copyright to secure the exclusive rights and privileges in and to the copyrights of the items identified herein.

44.     The infringing version of the LFOW Software used and distributed by Defendants is at least substantially similar to the LFOW Software protected by TXu001610441.

45.     Defendants, through their agent(s), vendor(s), officer(s), and/or employee(s), modified Defendants' website to cause the copying, use and distribution of the infringing version of the LFOW Software.

46.     The past and ongoing copying, use and distribution of the infringing version of the LFOW Software by Defendants results in actual damage to LFOW, including but not limited to the loss of licensing revenue lost as a result of Defendants' infringement.

47.     Defendants intentionally induced and/or encouraged direct infringement of the LFOW Software by distributing the infringing version of the LFOW Software via their website(s) and/or seeking out the LFOW Software in order to use it on their website(s).

48.     Defendants profited from and has a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendants to more effectively promote and sell their product(s) and/or service(s) on their own website(s) by

capturing, holding, and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or brand, public image and reputation of Defendants.

49. Because Defendants own, operate and/or control their website, Defendants also have the right and ability to supervise and control the infringement and infringer by virtue of their ownership and control of their own website, but failed to do so.

50. Where Defendants initiated or continued the infringing conduct with knowledge of the infringement, these actions were the result of reckless disregard for, or willful blindness to LFOW's rights, and therefore constitute willful infringement.

51. Unless Defendants are restrained and enjoined from their unauthorized use and distribution of the LFOW Software, these injuries will continue to occur.

52. Irreparable harm and injury to LFOW are imminent as a result of Defendants' conduct and LFOW is without an adequate remedy at law.

53. Pursuant to 17 U.S.C. § 502(a), LFOW is entitled to an injunction restraining Defendants, their employees and agents, and all other persons acting in concert with Defendants, from engaging in any further improper acts.

54. Pursuant to 17 U.S.C. §§ 503(a) and 503(b), LFOW is entitled to an order impounding the infringing articles and the means by which such infringing articles were produced and/or reproduced.

55. Pursuant to 17 U.S.C. § 504, LFOW is also entitled to recover actual damages and any profits of Defendants, or, alternatively, to recover statutory damages of up to $150,000 for each work infringed.

56. Pursuant to 17 U.S.C. § 505, LFOW is entitled to an award of attorneys' fees and costs.

WHEREFORE, LFOW asks this Court to enter preliminary and final orders and judgments as necessary to provide LFOW the following requested relief:

a)   Finding Defendants liable for copyright infringement by virtue of Defendants' past and ongoing unauthorized use of LFOW's Software;

b)   Finding Defendants' copyright infringement to be voluntary and an intentional violation of Defendants' known duties, and therefore willful;

c)   Finding LFOW to have suffered, and to continue suffering harm that is irreparable and otherwise without an adequate remedy at law;

d)   A permanent injunction under 17 U.S.C. §§502 and 503, enjoining Defendants from further infringement, including but not limited to the cessation of operation of Defendants' website(s);

e)   An award of damages against Defendants under §504;

f)   An award under 17 U.S.C. § 505 allowing recover of the full costs of this action, including LFOW's reasonable attorneys' fees and costs; and

g)   Such and other relief as the Court deems appropriate.

## JURY DEMAND

LFOW demands a jury trial on all issues so triable.

Respectfully Submitted,

TINOVSKY LAW FIRM

Dated: May 26, 2015            By: _____
                                Vladislav Tinovsky, Esquire
                                Attorney ID 031122000
                                5 Neshaminy Interplex
                                Suite 205
                                Trevose, PA 19053
                                215-568-6860
                                *Counsel for Plaintiff Live Face on Web, LLC*

11

## VERIFICATION

The undersigned hereby states that: (a) he/she is authorized to make this verification on behalf of Plaintiff Live Face on Web, LLC; (b) the statements made in the foregoing Complaint are true and correct to the best of the undersigned's knowledge, information, and belief; and (c) he/she understands that the statements made in this verification are subject to the penalties relating to unsworn falsification to authorities.

Dated: ___May 26___, 2015

Eduard Shcherbakov, CEO
Live Face On Web, LLC

# EXHIBIT  A

Additional Certificate (17 U.S.C. 706)
## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:
## TXu 1-610-441

Effective date of
registration:
December 20, 2007

---

## Title
**Title of Work:** LIVE FACE ON WEB, LLC -- Javascript Version 7.0.0

## Completion/ Publication
**Year of Completion:** 2007

## Author
**Author:** Live Face on Web, LLC

**Author Created:** New text; chancfes in existinq text.

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant
**Copyright Claimant:** Live Face on Web, LLC

1300 Industrial Blvd., Suite 202, SouthamiDton., PA, 18966

## Limitation of copyright claim
**Material excluded from this claim:** Prior versions of this work.

**Previously registered:** No

**New material included in claim:** New text; changes to existing text.

## Certification
**Name:** Tristram R. Fall, III, authorized agent of Live Face on Web,
LLC

**Date:** December 13, 2007

---

**Registration #:**   TXU001610441

**Service Request #:**   1-41681852

Fox Rothschild LLP
Tristram Fall, III, Esquire
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291

# EXHIBIT A1



# COPY OF DEPOSIT

# TXu 1-610-441

```
// ---------- Do Not Remove ----------
// Copyright 2007 LiveFaceOnWeb, LLC
// Version: 7.0.0
// Date: 10/02/2007
// End User License Agreement Location: http://www.livefaceonweb.com/eula.htm
//
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
///////////////////// User defined parameters and instructions ///////////////////
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
//
// Below enter the URL location where the files are residing
// Example: var lf_URL = 'http://www.livefaceonweb.com/';
// In the above example, LiveFaceOnWeb Presentaton files are located at the root
level of http://www.livefaceonweb.com
var lf_URL = '';
// Below select from a choice of Static, Relative, or Dynamic position for the
LiveFaceOnWeb Presentation
// 1 = Static Position, LiveFaceOnWeb Presentation would be in a fixed location
// 2 = Relative Position, LiveFaceOnWeb Presentation would be located where the
script is called from on the webpage
// 3 = Dynamic Position, LiveFaceOnWeb Presentation would float as the page
scrolls
// Example: var lf_Position = 3;
// In the above example, LiveFaceOnWeb Presentation would float as with page
scrolls
var lf_Position = 3
// Below enter LiveFaceOnWeb Presentation OffSet Position
// OffSet Position specifies the top and the left position for Static and
Relative Positions only
// Example: var lf_OffSet_Top_Position = 50; and var lf_OffSet_Left_Position =
0;
// In the above example, LiveFaceOnWeb Presentation would be placed 50 pixels
from the top and 0 pixels to the left of the browser screen
var lf_OffSet_Top_Position = 0;
var lf_OffSet_Left_Position = 0;
// Below select the preset Dynamic position for LiveFaceOnWeb Presentation
// 1 = Top left of the browser screen
// 2 = Top right of the browser screen
// 3 = Bottom left of the browser screen
// 4 = Bottom right of the browser screen
// 5 = Middle of the browser screen
// 6 = Top Middle of the browser screen
// 7 = Right Middle of the browser screen
// 8 = Bottom Middle of the browser screen
// 9 = Left Middle of the browser screen
// Example: var lf_Position = 4;
// In the above example, LiveFaceOnWeb Presentation would be placed at bottom
right of browser screen
var lf_Position_Dynamic = 4;
// Below enter the delay lenght in seconds before LiveFaceOnWeb Presentation
appears
// Example: var lf_tDLB = 5;
// In the above example. LiveFaceOnWeb Presentation would appear after 5 seconds
// Example: var lf_tDLB = 0;
```

COPYRIGHT © 2007 LIVE FACE ON WEB, LLC. ALL RIGHTS RESERVED.

```
// in the above example, LiveFaceOnWeb Presentation would appear instantly
var lf_tDLB = 0;
// Below enter the amount of seconds LiveFaceOnWeb Presentation appears after it
has completed playing
// Example: var lf_TimeDelayAfter = 0;
// In the above example, this option would be disabled
// Example: var lf_tDLA = 5;
// In the above example, LiveFaceOnWeb Presentation would close 5 seconds after
it has completed playing
var lf_tDLA = 0;
// Below select how LiveFaceOnWeb Presentation should appear for the same
visitor
// 1 = Play everytime
// 2 = Play ones per visitors session
// 3 = Play in so many days
// Example: var lf_PresPlay = 1;
// In the above example LiveFaceOnWeb Presentation would play every time
// Example: var lf_PresPlay = 3; and var lf_PresPlayDays = 1;
// In the above example LiveFaceOnWeb Presentation would play ones every day
var lf_PresPlay = 1;
var lf_PresPlayDays = 0;
// Below enable the Click-On-Me Functionality for LiveFaceOnWeb Presentation
// Example: var lf_cOMW = 1;
// In the above example, Click-On-Me Functionality is enabled for LiveFaceOnWeb
Presenation
// Example: var lf_cOMW = 0;
// In the above example, Click-On-Me Functionality is disabled for LiveFaceOnWeb
Presenation
var lf_cOMW = 0;
// Below enter the Click-On-Me Functionality URL
// Example: var lf_cOMURL = 'http://www.livefaceonweb.com'
// In the above example, when a visitor would click on LiveFaceOnWeb Presenation
they would be redirected to http://www.livefaceonweb.com
var lf_cOMURL = '';
// Below select Click-On-Me Functionality Window Settings
// Example: var lf_cOMWP = 1;
// In the above example, the redirect window would be opened as a new browser
screen
// Example: var lf_cOMWP = 0;
// In the above example, the redirect window would be opened in the same browser
screen
var lf_cOMWP = 0;
// Below enable the Fade-In Effect
// Example: var lf_fIE = 1;
// In the above example, Fade-In Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fIE = 0;
// In the above example, this option would be disabled
var lf_fIE = 1;
// Below enter the duration of Fade-In Effect in seconds
// Example: var lf_fIET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-In in 5 seconds
var lf_fIET = 1;
// Below select LiveFaceOnWeb Presenation play status while Fade-In Effect is
active
// Example: var lf_fIET = 1;
```

-2-

```
// In the above example, LiveFaceOnWeb Presenation would play after the Fade-In
Effect has completed
// Example: var lf_fIET = 0;
// In the above example, LiveFaceOnWeb Presenation would play while the Fade-In
Effect is occuring
var lf_fIEP = 1;
// Below enable Fade-Out Effect
// Example: var lf_fOE = 1;
// In the above example, Fade-Out Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fOE = 0;
// In the above example, this option would be disabled
var lf_fOE = 1;
// Below enter the duration of Fade-Out Effect in seconds
// Example: var lf_fOET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-Out in 5 seconds
var lf_fOET = 1;
// Below enable Play-Button Functionality to appear first at the bottom left
corner
// Example: var lf_pBBE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear first at the bottom left corner
// Example: var lf_pBBE = 0;
// In the above example, this option would be disabled
var lf_pBBE = 0;
// Below enable Play-Button Functionality to appear first on top of the model
// Example: var lf_pBBBOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation and appear first and on top of the model
// Example: var lf_pBBBOF = 0;
// In the above example, this option would be disabled
var lf_pBBBOF = 0;
// Below enable Play-Button Functionality to appear after LiveFaceOnWeb
Presenation has completed in the bottom left corner
// Example: var lf_pBAE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation after it has completed and appears on the bottom left corner
// Example: var lf_pBAE = 0; disables the Play Button Function after the
presentation ends
// In the above example, this option would be disabled
var lf_pBAE = 0;
// Below enable Play-Button Functionality to appear on top of the model after
LiveFaceOnWeb Presenation has completed
// Example: var lf_pBAOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear on top of the model after LiveFaceOnWeb Presenation has
completed
// Example: var lf_pBAOF = 0;
// In the above example, this option would be disabled
var lf_pBAOF = 0;
// Below enable the Roll-Over-To-Play Effect
// Example: var lf_rOTPE = 1;
// In the above example, Roll-Over-To-Play Effect is enabled on LiveFaceOnWeb
Presenation
// Example: var lf_rOTPE = 0;
// In the above example, this option would be disabled
var lf_rOTPE = 0;
```

-3-

```
// Below enter the Complete URL for the SWF to be active within Roll-Over-To-
Play Effect
// Example: var lf_rOTPURL = 'http://www.livefaceonweb.com/test.swf';
// In the above example, SWF file for Roll-Over-To-Play Effect is located at
http://www.livefaceonweb.com/test.swf
var lf_rOTPURL = '';
// Below enable the Frame-Hold Effect
// Example: var lf_sFRAME = 7; shows the 7th frame while fade in/out, play
button, and roll over effects
// In the above example, LiveFaceOnWeb Presentation shows 7th frame while Fade-
In/Fade-Out, Play-Button, and Roll-Over-To-Play Effects occur
// Example: var lf_sFRAME = 0;
// In the above example, this option would be disabled
var lf_sFRAME = 0;
// Below enter LiveFaceOnWeb.com Affiliate ID
// Example: var affiliateID = '80961c09';
var lf_AffiliateID = '';


//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////
//////////////////  Do not change the parameters below  ////////////////////
//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////

var lf_SWF_File_Width = 200;
var lf_SWF_File_Height = 220;
var lf_ID = '100000505';

var lf_divHorPos = 0;
var lf_divVerPos = 0;
var lfVersion = -1;
var arrNavInfo = [];
var lfString;
var lfParamString;
var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
```

-4-

```
    } else {
        arrNavInfo[0] = 'na';
        arrNavInfo[1] = 'an unknown browser';
    }
    if (navigator.plugins != null && navigator.plugins.length > 0)
    {
        if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave
Flash']) {
            var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
            var lfDescription = navigator.plugins['Shockwave Flash' +
swVer2].description;
            var descArray = [];
            var tempArrayMajor = [];
            var versionMajor = [];
            var tempArrayMinor = [];
            var versionMinor;
            descArray = lfDescription.split(' ');
            tempArrayMajor = descArray[2].split('.');
            versionMajor = tempArrayMajor[0];
            if (descArray[3] != '') {
                tempArrayMinor = descArray[3].split('r');
            } else {
                tempArrayMinor = descArray[4].split('r');
            }
            versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
            lfVersion = parseFloat(versionMajor + '.' + versionMinor);
        }
    } else {
        for (var i = 8; i < 20; i++)
        {
            try {
                var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' +
i);
                if (objFlash) {
                    lfVersion = i;
                }
            } catch(e) {}
        }
    }
    function runLFOW() {
        try {
            if (lf_PresPlay == 1) {
                lf_createCookie(lf_ID, 'on', -1);
                showLFOW_Video();
            } else if (lf_PresPlay == 2) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on');
                    showLFOW_Video();
                }
            } else if (lf_PresPlay == 3) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on', lf_PresPlayDays);
                    showLFOW_Video();
                }
            }
        } catch(e) {
```

-5-

```
            showLFOW_Video();
        }
    }
    if (lfVersion >= 8) {
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
            try {
                if (window.addEventListener) window.addEventListener('load',
runLFOW, false);
                else if (window.attachEvent) window.attachEvent('onload', runLFOW);
            } catch(e) {
                showLFOW_Video();
            }
        } else {
            showLFOW_Video();
        }
    }
    function showLFOW_Video()
    {
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
            try {
                var lfDiv = document.createElement('div');
                if (lfDiv === undefined) {
                    lf_Position = 'err';
                } else if (lfDiv == null) {
                    lf_Position = 'err';
                } else {
                    lfDiv.id = divID;
                    lfDiv.style.position = 'absolute';
                    lfDiv.style.zIndex = 9999;
                    if (lf_Position == 1) {
                        lfDiv.style.left = lf_OffSet_Left_Position;
                        lfDiv.style.top = lf_OffSet_Top_Position;
                    } else {
                        lfDiv.style.left = 0;
                        lfDiv.style.top = 0;
                    }
                    lfDiv.style.height = lf_SWF_File_Height;
                    lfDiv.style.width = lf_SWF_File_Width;
                    lfDiv.style.visibility = 'visible';
                }
            } catch(e) {
                lf_Position = 'err';
            }
        }
        compileLFOW()
        if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !==
'na')) {
            lfDiv.innerHTML = lfString;
            document.body.appendChild(lfDiv);
        } else if (lf_Position !== 2) {
            document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        } else {
            document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
```

```
lf_OffSet_Top_Position + 'px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        }
    if ((lf_Position !== 1) && lf_Position !== 2) {
        switch (arrNavInfo[0]) {
            case 'ie':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
                window.setInterval('ScrollHnd()', 30);
            break;
            case 'gek':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
            case 'opr':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'kde':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'wtv':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
        }
        ScrollHnd();
    }
}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
```

-7-

```
                divScroll = divScroll.style;
        }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;

    }
    else if (objDoc.body && ( objDoc.body.clientWidth ||
objDoc.body.clientHeight ))
    {
        screenWd = objDoc.body.clientWidth;
        screenHt = objDoc.body.clientHeight;
    }
    if (window.innerHeight)
    {
        screenY = wnd.pageYOffset;
        screenX = wnd.pageXOffset;
    }
    else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
    {
        screenY = objDoc.body.scrollTop;
        screenX = objDoc.body.scrollLeft;
    }
    else    if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft
|| objDoc.documentElement.scrollTop ))
    {
        screenY = objDoc.documentElement.scrollTop;
        screenX = objDoc.documentElement.scrollLeft;
    }
    divLeft = divLeft + lf_divHorPos;
    divTop = divTop + lf_divVerPos;
    divLeft = divLeft + screenX;
    divTop = divTop + screenY;
    if (lf_Position_Dynamic == 6) {
        divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
    } else if (lf_Position_Dynamic == 7) {
        divLeft = divLeft + (screenWd - lf_SWF_File_Width);
        divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
    } else if (lf_Position_Dynamic == 8) {
        divLeft = divLeft +((screenWd / 2) - (lf_SWF_File_Width / 2));
        divTop = divTop + (screenHt - lf_SWF_File_Height);
    } else if (lf_Position_Dynamic == 9) {
        divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
    } else {
        if (lf_Position_Dynamic == 5)
        {
            divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
            divTop = divTop - ((screenHt / 2) - (lf_SWF_File_Height / 2));
```

```
            }
            if (( lf_Position_Dynamic % 2 ) == 0)
            {
                divLeft = divLeft + (screenWd - lf_SWF_File_Width);
            }
            if (( lf_Position_Dynamic < 3 ) == false)
            {
                divTop = divTop + (screenHt - lf_SWF_File_Height);
            }
        }
        divScroll.left = divLeft + 'px';
        divScroll.top = divTop + 'px';
    }
    function compileLFOW()
    {
        lfParamString = '?lfID=' + lf_ID
        lfParamString += '&cOMW=' + lf_cOMW
        if (lf_cOMURL == '') {
            lfParamString += '&cOMURL=http://www.livefaceonweb.com'
        } else {
            lfParamString += '&cOMURL=' + escape(lf_cOMURL)
        }
        lfParamString += '&cOMWP=' + lf_cOMWP
        lfParamString += '&tDLB=' + lf_tDLB
        lfParamString += '&tDLA=' + lf_tDLA
        lfParamString += '&fIE=' + lf_fIE
        lfParamString += '&fIET=' + lf_fIET
        lfParamString += '&fIEP=' + lf_fIEP
        lfParamString += '&fOE=' + lf_fOE
        lfParamString += '&fOET=' + lf_fOET
        lfParamString += '&pBBE=' + lf_pBBE
        lfParamString += '&pBBBOF=' + lf_pBBBOF
        lfParamString += '&pBAE=' + lf_pBAE
        lfParamString += '&pBAOF=' + lf_pBAOF
        lfParamString += '&rOTPE=' + lf_rOTPE
        if (lf_rOTPURL == '') {
            lfParamString += '&rOTPURL=none'
        } else {
            lfParamString += '&rOTPURL=' + escape(lf_rOTPURL)
        }
        lfParamString += '&sFRAME=' + lf_sFRAME
        if (lf_AffiliateID == '') {
            lfParamString += '&lfAffiliateID=none'
        } else {
            lfParamString += '&lfAffiliateID=' + lf_AffiliateID
        }
        if (document.location.href == '') {
            lfParamString += '&sURL_Site=none'
        } else {
            lfParamString += '&sURL_Site=' + escape(document.location.href);
        }
        lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' id='obj" +
lf_ID + "' align='middle'
codebase='https://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#v
ersion=8,0,24,0' >";
```

-9-

```
        lfString += "<param name='movie' value='" + lf_URL + 'lfow.swf' +
lfParamString + "' />";
        lfString += "<param name='quality' value='high' />";
        lfString += "<param name='wmode' value='transparent' />";
        lfString += "<param name='allowScriptAccess' value='always' />";
        lfString += "<param name='loop' value='false' />";
        lfString += "<embed src='" + lf_URL + 'lfow.swf' + lfParamString + "'
allowScriptAccess='always' quality='high' wmode='transparent' loop='false'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' name='obj"
+ lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='https://www.macromedia.com/go/getflashplayer' />";
        lfString += "</object>";
}
function lf_createCookie(strName, strValue, strDays)
{
    if (strDays) {
        var date = new Date();
        date.setTime(date.getTime() + (strDays * 24 * 60 * 60 * 1000));
        var expires = '; expires=' + date.toGMTString();
    } else var expires = '';
    document.cookie = strName + '=' + strValue + expires + '; path=/';
}
function lf_readCookie(strName) {
    var strNameplus = strName + '=';
    var arrCk = document.cookie.split(';');
    for (var i = 0; i < arrCk.length; i++) {
        var c = arrCk[i];
        while (c.charAt(0) == ' ') c = c.substring(1, c.length);
        if (c.indexOf(strNameplus) == 0) return c.substring(strNameplus.length,
c.length);
    }
    return 'no';
}
```

LC COPYRIGHT
0 025 139 365 5

# EXHIBIT  B

```
 1   <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
     "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
 2   <html xmlns="http://www.w3.org/1999/xhtml">
 3   <head>
 4
 5
 6   <script type="text/javascript" src="/static/js/analytics.js"></script>
 7   <script type="text/javascript">archive_analytics.values.server_name="wwwb-
     app8.us.archive.org";archive_analytics.values.server_ms=118;</script>
 8   <link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>
 9
10
11   <meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1" />
12   <title>PCO Bookkeepers</title>
13   <link href="pco.css" rel="stylesheet" type="text/css" />
14     <!-- ICON -->
15
16   <link REL="SHORTCUT ICON"
     HREF="/web/20130618070202im_/http://www.pcobookkeepers.com/images/logo.ico">
17   <script type="text/javascript"
     src="/web/20130618070202js_/http://www.linkedin.com/js/public-profile/widget-os.js">
     </script>
18
19   <link type="text/css" href="css/ui-lightness/jquery-ui-1.7.2.custom.css" rel="stylesheet"
     />
20                 <script type="text/javascript" src="js/jquery-1.3.2.min.js"></script>
21                 <script type="text/javascript" src="js/jquery-ui-1.7.2.custom.min.js">
     </script>
22   <script type="text/javascript">
23                          $(function(){
24
25                                  // Accordion
26                                  $("#accordion").accordion({ header: "h3" });
27
28                                  // Tabs
29                                  $('#tabs').tabs();
30
31
32                                  // Dialog
33                                  $('#dialog').dialog({
34                                          autoOpen: false,
35                                          width: 600,
36                                          buttons: {
37                                                  "Ok": function() {
38                                                          $(this).dialog("close");
39                                                  },
40                                                  "Cancel": function() {
41                                                          $(this).dialog("close");
42                                                  }
43                                          }
44                                  });
45
46                                  // Dialog Link
47                                  $('#dialog_link').click(function(){
48                                          $('#dialog').dialog('open');
49                                          return false;
50                                  });
51
52                                  // Datepicker
53                                  $('#datepicker').datepicker({
54                                          inline: true
```

```
55                                      });
56
57                                      // Slider
58                                      $('#slider').slider({
59                                              range: true,
60                                              values: [17, 67]
61                                      });
62
63                                      // Progressbar
64                                      $("#progressbar").progressbar({
65                                              value: 20
66                                      });
67
68                                      //hover states on the static widgets
69                                      $('#dialog_link, ul#icons li').hover(
70                                              function() { $(this).addClass('ui-state-hover'); },

71                                              function() { $(this).removeClass('ui-state-hover');
   }
72                                      );
73
74                              });
75                      </script>
76      <script type="text/javascript">
77
78
79      function MM_openBrWindow(which,features) {
80
81
82                      if(which == 'dan')
83                              theURL = "samplereports.html"
84              else if(which == 'value')
85                              theURL = "presentation3.html"
86                      else if(which == 'academy')
87                              theURL = "presentation2.html"
88
89
90        window.open(theURL,which,features);
91      }
92      function log_press()
93      {
94      //alert(event.keypress)
95              if(event.keyCode == 13)
96              {
97                      login();
98              }
99
100     }
101
102     function new_keypress()
103     {
104             if(event.keyCode == 13)
105             {
106                     newsubmit();
107             }
108
109     }
110     function login()
111     {
112             //alert("d")
113
```

```
            if(document.getElementById("client_user_name").value == "" ||
114   document.getElementById("client_user_name").value == "username")
            {
115                    alert("Please Enter The User Name")
116                    document.getElementById("client_user_name").focus();
117                    return false;
118            }
119
120            if(document.getElementById("client_password").value == "")
121            {
122                    alert("Please Enter The Password")
123                    document.getElementById("client_password").focus();
124                    return false;
125            }
126
127        document.frm.action =
      "/web/20130618070202/http://www.cpaworkflow.com/client/check_pass.asp"
128            document.frm.submit();
129
130  }
131
132  function newsubmit()
133  {
134            if(document.getElementById("newsletter").value == "")
135            {
136                    alert("Please enter email address ID To Get Free Newsletter");
137                    document.getElementById("newsletter").focus();
138                    return false;
139            }
140            if(document.getElementById("newsletter").value == "Enter Email Address")
141            {
142                    alert("Please enter email address ID To Get Free Newsletter");
143                    document.getElementById("newsletter").focus();
144                    return false;
145            }
146            document.getElementById("Submit22").disabled = true
147            document.frm.action = "newsletter.asp";
148            frm.submit();
149  }
150
151  function clear_feilds()
152  {
153            document.getElementById("newsletter").value = ""
154  }
155
156  function fill_feilds()
157  {
158            if(document.getElementById("newsletter").value == "")
159                    document.getElementById("newsletter").value = "Enter Email Address"
160            else
161            {
162                    var arr = new Array(
163  '.com','.net','.org','.biz','.coop','.info','.museum','.name','.pro',
164  '.edu','.gov','.int','.mil','.ac','.ad','.ae','.af','.ag','.ai','.al',
165  '.am','.an','.ao','.aq','.ar','.as','.at','.au','.aw','.az','.ba','.bb',
166  '.bd','.be','.bf','.bg','.bh','.bi','.bj','.bm','.bn','.bo','.br','.bs',
167  '.bt','.bv','.bw','.by','.bz','.ca','.cc','.cd','.cf','.cg','.ch','.ci',
168  '.ck','.cl','.cm','.cn','.co','.cr','.cu','.cv','.cx','.cy','.cz','.de',
169  '.dj','.dk','.dm','.do','.dz','.ec','.ee','.eg','.eh','.er','.es','.et',
170  '.fi','.fj','.fk','.fm','.fo','.fr','.ga','.gd','.ge','.gf','.gg','.gh',
171
```

```
            '.gi','.gl','.gm','.gn','.gp','.gq','.gr','.gs','.gt','.gu','.gv','.gy',
172         '.hk','.hm','.hn','.hr','.ht','.hu','.id','.ie','.il','.im','.in','.io',
173         '.iq','.ir','.is','.it','.je','.jm','.jo','.jp','.ke','.kg','.kh','.ki',
174         '.km','.kn','.kp','.kr','.kw','.ky','.kz','.la','.lb','.lc','.li','.lk',
175         '.lr','.ls','.lt','.lu','.lv','.ly','.ma','.mc','.md','.mg','.mh','.mk',
176         '.ml','.mm','.mn','.mo','.mp','.mq','.mr','.ms','.mt','.mu','.mv','.mw',
177         '.mx','.my','.mz','.na','.nc','.ne','.nf','.ng','.ni','.nl','.no','.np',
178         '.nr','.nu','.nz','.om','.pa','.pe','.pf','.pg','.ph','.pk','.pl','.pm',
179         '.pn','.pr','.ps','.pt','.pw','.py','.qa','.re','.ro','.rw','.ru','.sa',
180         '.sb','.sc','.sd','.se','.sg','.sh','.si','.sj','.sk','.sl','.sm','.sn',
181         '.so','.sr','.st','.sv','.sy','.sz','.tc','.td','.tf','.tg','.th','.tj',
182         '.tk','.tm','.tn','.to','.tp','.tr','.tt','.tv','.tw','.tz','.ua','.ug',
183         '.uk','.um','.us','.uy','.uz','.va','.vc','.ve','.vg','.vi','.vn','.vu',
184         '.ws','.wf','.ye','.yt','.yu','.za','.zm','.zw');
185
186         mailids = document.getElementById("newsletter").value
187         var sd = mailids;
188         var ids = sd.split("\n");
189         var val = true;
190
191         var holdmailid = sd.toLowerCase();
192
193         if(holdmailid != "none")
194         {
195
196              for(var j=0; j<ids.length; j++)
197              {
198                   var mai = ids[j];
199                   var dot = mai.lastIndexOf(".");

200                   var ext = mai.substring(dot,mai.length);
201         //alert(ext);
202                   var at = mai.indexOf("@");
203
204                   if(dot > 5 && at >1)
205                   {
206                        for(var i=0; i<arr.length; i++)
207                        {
208                             if(ext == arr[i])
209                             {
210                                  val = true;
211                                  break;
212                             }
213                             else
214                             {
215                                  val = false;
216                             }
217                        }
218                        if(val == false)
219                        {
220                             alert("Your Email ID "+mai+" is not valid.");
221                             document.frm.newsletter.focus();
222                             return false;
223                        }
224                   }
225                   else
226                   {
227                        alert("Email Address Required");
228                        document.frm.newsletter.focus();
229                        return false;
230                   }
```

```
231                }
232            }
233        }
234 }
235 </script>
236 <style type="text/css">
237
238 #marqueecontainer{
239 position: relative;
240 width: 480px; /*marquee width */
241 height:216px; /*marquee height */
242 overflow: hidden;
243 border:none;
244 padding:4px 4px 4px 0px; margin-top:5px;
245
246 }
247
248 </style>
249
250 <link rel="stylesheet" type="text/css" href="contentslider-new.css">
251 <script type="text/javascript" src="contentslider-new.js"></script>
252 <script type="text/javascript" src="tabcontent.js"></script>
253 <script type="text/javascript" src="swfobject_002.js"></script>
254 <script type="text/javascript" src="flashinglinks.js">
255 </script>
256
257 <script type="text/javascript">
    function tabs( argtab)
258
259 {
260 var countries=new ddtabcontent(argtab)
261 countries.setpersist(true)
262 countries.setselectedClassTarget("normal") //"link" or "linkparent"
263 countries.init()
264 }
265 </script>
266
267
268 <script src="ga.js" async="" type="text/javascript"></script><script type="text/javascript"
    src="adserver.php">
269 </script><script type="text/javascript" src="internal-min.js"></script><script
    type="text/javascript" src="swfobject.js"></script>
270 <script src="XFBML.js" type="text/javascript"></script>
271 <link href="connect-css.css" type="text/css" rel="stylesheet">
272 </head><body topmargin="0"
273 leftmargin="0" link="#e5571d" marginheight="0" marginwidth="0"
274 alink="#e5571d" bgcolor="#ffffff" vlink="#e5571d">
275
276
277 <!-- BEGIN WAYBACK TOOLBAR INSERT -->
278 <script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
279 <script type="text/javascript" src="/static/js/graph-calc.js" ></script>
280 <script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
281 <script type="text/javascript">//<![CDATA[
282 var __wm = (function(){
283 var wbPrefix = "/web/";
284 var wbCurrentUrl = "http://pcobookkeepers.com/";
285
286 var firstYear = 1996;
287 var imgWidth = 500,imgHeight = 27;
288 var yearImgWidth = 25,monthImgWidth = 2;
```

```
289   var displayDay = "18";
290   var displayMonth = "Jun";
291   var displayYear = "2013";
292   var prettyMonths =
      ["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
293   var $D=document,$=function(n){return document.getElementById(n)};
294   var trackerVal,curYear = -1,curMonth = -1;
295   var yearTracker,monthTracker;
296   function showTrackers(val) {
297     if (val===trackerVal) return;
298     var $ipp=$("wm-ipp");
299     var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
300     if (val) {
301       $ipp.className="hi";
302     } else {
303       $ipp.className="";
304       $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
305     }
306     yearTracker.style.display=val?"inline":"none";
307     monthTracker.style.display=val?"inline":"none";
308     trackerVal = val;
309   }

310   function getElementX2(obj) {
311     var $e=jQuery(obj);
312     return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
313       getElementX(obj):Math.round($e.offset().left);
314   }
315   function trackMouseMove(event,element) {
316     var eventX = getEventX(event);
317     var elementX = getElementX2(element);
318     var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
319     var monthOff = xOff % yearImgWidth;
320
321     var year = Math.floor(xOff / yearImgWidth);
322     var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
323     // 1 extra border pixel at the left edge of the year:
324     var month = (year * 12) + monthOfYear;
325     var day = monthOff % 2==1?15:1;
326     var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
327       zeroPad(day,2) + "000000";
328
329     $("displayYearEl").innerHTML=year+firstYear;
330     $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
331     // looks too jarring when it changes..
332     //$("displayDayEl").innerHTML=zeroPad(day,2);
333     var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
334     $("wm-graph-anchor").href=url;
335
336     if(curYear != year) {
337       var yrOff = year * yearImgWidth;
338       yearTracker.style.left = yrOff + "px";
339       curYear = year;
340     }
341     if(curMonth != month) {
342       var mtOff = year + (month * monthImgWidth) + 1;
343       monthTracker.style.left = mtOff + "px";
344       curMonth = month;
345     }
346   }
347   function hideToolbar() {
```

```
348    $("wm-ipp").style.display="none";
349  }
350  function bootstrap() {
351    var $spk=$("wm-ipp-sparkline");
352    yearTracker=$D.createElement('div');
353    yearTracker.className='yt';
354    with(yearTracker.style){
355      display='none';width=yearImgWidth+"px";height=imgHeight+"px";
356    }
357    monthTracker=$D.createElement('div');
358    monthTracker.className='mt';
359    with(monthTracker.style){
360      display='none';width=monthImgWidth+"px";height=imgHeight+"px";
361    }
362    $spk.appendChild(yearTracker);
363    $spk.appendChild(monthTracker);
364
365    var $ipp=$("wm-ipp");
366    $ipp&&disclaimElement($ipp);
367  }
     return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};

368
369  })();//]]>
370  </script>
371  <style type="text/css">
372  body {
373    margin-top:0 !important;
374    padding-top:0 !important;
375    min-width:800px !important;
376  }
377  </style>
378  <div id="wm-ipp" lang="en" style="display:none;">
379
380  <div style="position:fixed;left:0;top:0;width:100%!important">
381  <div id="wm-ipp-inside">
382      <table style="width:100%;"><tbody><tr>
383      <td id="wm-logo">
384          <a href="/web/" title="Wayback Machine home page"><img
     src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110"
     height="39" border="0" /></a>
385      </td>
386      <td class="c">
387          <table style="margin:0 auto;"><tbody><tr>
388          <td class="u" colspan="2">
389          <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb"
     id="wmtb"><input type="text" name="url" id="wmtbURL" value="http://pcobookkeepers.com/"
     style="width:400px;" onfocus="this.focus();this.select();" /><input type="hidden"
     name="type" value="replay" /><input type="hidden" name="date" value="20130618070202" />
     <input type="submit" value="Go" /><span id="wm_tb_options" style="display:block;"></span>
     </form>
390          </td>
391          <td class="n" rowspan="2">
392              <table><tbody>
393              <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
394              <tr class="m">
395                  <td class="b" nowrap="nowrap">
396
397                      <a href="/web/20120606043912/http://www.pcobookkeepers.com/" title="6
     Jun 2012">JUN</a>
398
399                  </td>
```

```
400              <td class="c" id="displayMonthEl" title="You are here: 7:02:02 Jun 18,
    2013">JUN</td>
401              <td class="f" nowrap="nowrap">
402
403                  <a href="/web/20131019030032/http://www.pcobookkeepers.com/" title="19
    Oct 2013"><strong>OCT</strong></a>
404
405              </td>
406          </tr>
407          <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
408          <tr class="d">
409              <td class="b" nowrap="nowrap">
410
411                  <a href="/web/20120606043912/http://www.pcobookkeepers.com/"
    title="4:39:12 Jun 6, 2012"><img src="/static/images/toolbar/wm_tb_prv_on.png"
    alt="Previous capture" width="14" height="16" border="0" /></a>
412              </td>
413              <td class="c" id="displayDayEl" style="width:34px;font-size:24px;"
    title="You are here: 7:02:02 Jun 18, 2013">18</td>
414              <td class="f" nowrap="nowrap">
415
416
417                  <a href="/web/20131019030032/http://www.pcobookkeepers.com/"
    title="3:00:32 Oct 19, 2013"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next
    capture" width="14" height="16" border="0" /></a>
418
419              </td>
420          </tr>
421          <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
422          <tr class="y">
423              <td class="b" nowrap="nowrap">
424
425                  <a href="/web/20120606043912/http://www.pcobookkeepers.com/" title="6
    Jun 2012"><strong>2012</strong></a>
426
427              </td>
428              <td class="c" id="displayYearEl" title="You are here: 7:02:02 Jun 18,
    2013">2013</td>
429              <td class="f" nowrap="nowrap">
430
431                  <a href="/web/20141218051710/http://pcobookkeepers.com/" title="18 Dec
    2014"><strong>2014</strong></a>
432
433              </td>
434          </tr>
435          </tbody></table>
436      </td>
437      </tr>
438      <tr>
439      <td class="s">
440          <a class="t" href="/web/20130618070202*/http://pcobookkeepers.com/" title="See a
    list of every capture for this URL">15 captures</a>
441          <div class="r" title="Timespan for captures of this URL">30 Oct 09 - 19 Feb
    15</div>
442      </td>
443      <td class="k">
444      <a href="" id="wm-graph-anchor">
445      <div id="wm-ipp-sparkline" title="Explore captures for this URL">
446          <img id="sparklineImgId" alt="sparklines"
447              onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
448              onmousemove="__wm.mv(event,this)"
```

```
449            width="500"
450            height="27"
451            border="0"
452            src="/web/jsp/graph.jsp?
     graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000
     000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000000000_2003:-1:0000000000
     00_2004:-1:000000000000_2005:-1:000000000000_2006:-1:000000000000_2007:-1:000000000000_2008
     :-1:000000000000_2009:-1:000000000100_2010:-1:000002100000_2011:-1:011000010000_2012:-1:100
     001000000_2013:5:000001000110_2014:-1:100000000001_2015:-1:010000000000" />
453          </div>
454        </a>
455      </td>
456      </tr></tbody></table>
457    </td>
458    <td class="r">
459          <a href="#close" onclick="__wm.h();return false;" style="background-
     image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the
     toolbar">Close</a>
460          <a href="http://faq.web.archive.org/" style="background-
     image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using
     the Wayback Machine">Help</a>
461      </td>
462      </tr></tbody></table>
463  </div>
464  </div>
465  </div>
466  <script type="text/javascript">__wm.bt();</script>
467  <!-- END WAYBACK TOOLBAR INSERT -->
468
469
470
471  <script type="text/javascript" src="tabcontent.js"></script>
472  <script type="text/javascript">
473  function tabs( argtab)
474  {
475  var countries=new ddtabcontent(argtab)
476  countries.setpersist(true)
477  countries.setselectedClassTarget("normal") //"link" or "linkparent"
478  countries.init()
479  }
480  </script>
481
482
483  <script type="text/javascript">
484  window.google_analytics_uacct = "UA-236291-20";
485  </script>
486
487
488
489  <script type="text/javascript" src="functions.js"></script>
490
491
492  <!-- ValueClick Media InVue Code for Glamsham - US/CDN -->
493  <script language="javascript">
494  <!--
495  function vc_sc(name, value, expires, path, domain, secure) {
496          var today = new Date();
497          today.setTime(today.getTime());
498
499          if (expires)
500          expires = expires * 1000 * 60;
```

```
501
502            var expires_date = new Date(today.getTime() + expires);
503
504            document.cookie = name + "=" + escape(value) +
505            ((expires) ? ";expires=" + expires_date.toGMTString() : "") +
506            ((path) ? ";path=" + path : "" ) +
507            ((domain) ? ";domain=" + domain : "" ) +
508            ((secure) ? ";secure" : "" );
509    }
510
511    var vc_freq_cap = 30; // Frequency cap in minutes
512
513    var vc_rand = Math.floor(Math.random() * 7777);
514
515    // Used to verify that we can set cookies
516    //
517    document.cookie = 'h2=o; path=/;';
518
519    // Get the current window size to ensure we can view our ad
520    //
521    var vc_window_wt = 0;
522    var vc_window_ht = 0;
523    if (window.innerWidth && window.innerHeight) {
524            vc_window_wt = window.innerWidth;
525            vc_window_ht = window.innerHeight;
526    }
527    else if (document.documentElement.clientWidth > 0 && document.documentElement.clientHeight
       > 0) {
528            vc_window_wt = document.documentElement.clientWidth;
529            vc_window_ht = document.documentElement.clientHeight;
530    }
531    else {
532            vc_window_wt = document.body.clientWidth;
533            vc_window_ht = document.body.clientHeight;
534
535    if (vc_window_ht > 1024) {
536            vc_window_ht = 1024;
537    }
538    }
539
540    if (document.cookie.indexOf('n=vue') <= 0 && document.cookie.indexOf('2=o') > 0 &&
       document.cookie.indexOf('vccap=1') <= 0) {
541            vc_sc('vccap', '1', vc_freq_cap, '/', null, null);
542            document.write('<scr'+'ipt language="javascript"
       src="/web/20130618070202/http://media.fastclick.net');
543            document.write('/w/get.media?sid=52407&tm=12&m=4&tp=4&c=' + vc_rand);
544            document.write('&window_ht=' + vc_window_ht + '&window_wt=' + vc_window_wt + '">
       </scr'+'ipt>');
545    }
546    // -->
547    </script><script language="javascript" src="get.js"></script>
548    <!-- ValueClick Media InVue Code for Glamsham - US/CDN -->
549
550
551
552    <!--google analytics Asynchronous Tracking code-->
553    <script type="text/javascript">
554
555      var _gaq = _gaq || [];
556      _gaq.push(['_setAccount', 'UA-236291-1']);
557
```

```
        _gaq.push(['_trackPageview']);

558
559     (function() {
560       var ga = document.createElement('script'); ga.type = 'text/javascript'; ga.async =
        true;
561       ga.src = ('https:' == document.location.protocol ? '/web/20130618070202/https://ssl' :
        '/web/20130618070202/http://www') + '.google-analytics.com/ga.js';
562       (document.getElementsByTagName('head')[0] || document.getElementsByTagName('body')
        [0]).appendChild(ga);
563     })();
564
565     </script>
566
567
568
569
570     </head>
571
572     <body>
573
574     <script id='my_vsp'
        src='/web/20130618070202js_/http://www.pcobookkeepers.com/talkingperson/new_player.js?
        swf=http://www.pcobookkeepers.com/talkingperson/new_main.swf&amp;flv=http://www.pcobookkeep
        ers.com/talkingperson/pco-
        bookkeepers.flv&amp;start=normal&amp;close=close&amp;play_when=1&amp;align_right=true&amp;s
        how_loading=yes&amp;width=480&amp;height=360&amp;vlm=80&amp;x_off=290'></script>
575
576     <form name="frm" method="post">
577     <table width="970" border="0" align="center" cellpadding="0" cellspacing="0">
578       <tr>
579         <td width="970" height="188" align="left" valign="top"><table width="970" border="0"
        cellspacing="0" cellpadding="0">
580           <tr>
581             <td width="970" height="4" align="left" valign="top"></td>
582           </tr>
583           <tr>
584             <td width="970" height="110" align="left" valign="top"><table width="970"
        border="0" cellspacing="0" cellpadding="0">
585               <tr>
586                 <td width="300" height="110" align="left" valign="top"><a href="index.html"
        target="_self"><img src="images/logo.jpg" width="277" height="110" border="0" /></a></td>
587                 <td height="110" align="left" valign="top"><table width="100%" border="0"
        cellspacing="0" cellpadding="0">
588                   <tr>
589                     <td height="32" align="right" valign="middle"><table width="350"
        height="32" border="0" cellpadding="0" cellspacing="0">
590                       <tr>
591                         <td width="41" height="32" align="left" valign="top"><img
        src="images/tt_start.jpg" width="41" height="32" /></td>
592                         <td height="32" align="left" valign="top" class="tt_bg"><table
        width="100%" border="0" cellspacing="0" cellpadding="0">
593                           <tr>
594                             <td width="15" align="right" valign="middle"><a
        href="index.html" target="_self"><img src="images/iconHome.gif" alt="Home" width="11"
        height="10" border="0" /></a></td>
595                             <td align="left" valign="middle"><a href="index.html"
        title="Home" target="_self" class="grey_text">Home</a></td>
596                             <td width="10" align="center" valign="middle"
        class="white_text">|</td>
597                             <td width="15" align="right" valign="middle"><a
```

```
          href="aboutus.html" target="_self" style="padding-left:10px;"><img
          src="images/iconAbout.gif" alt="About Us" width="11" height="10" border="0" /></a></td>
598              <td align="left" valign="middle"><a href="aboutus.html"
          target="_self" class="white_text" style="padding-left:">About Us</a></td>
599                        <td width="10" align="center" valign="middle"
          class="white_text">|</td>
600                        <td width="17" align="right" valign="middle"><a
          href="contactus.html" target="_self" style="padding-left:11px;"><img
          src="images/iconContact.gif" alt="Contact Us" width="13" height="10" border="0" /></a></td>
601              <td align="left" valign="middle"><a href="contactus.html"
          target="_self" class="white_text">Contact Us </a></td>
602                        </tr>
603                      </table></td>
604              <td width="41" height="32" align="left" valign="top"><img
          src="images/tt_end.jpg" width="41" height="32" /></td>
605                    </tr>
606                  </table></td>
607                </tr>
608                <tr>
609              <td height="78" align="right" valign="middle"><img
          src="images/tag_line.jpg" width="434" height="43" /></td>
610                </tr>
611              </table></td>
612            </tr>
613          </table></td>
614        </tr>
615        <tr>
616          <td width="970" height="40" align="left" valign="top"><table width="970" border="0"
          cellspacing="0" cellpadding="0">
617            <tr>
618              <td height="40" align="left" valign="top"><table width="100%" border="0"
          cellspacing="0" cellpadding="0">
619                <tr>
620              <td width="75"   height="40" align="left" valign="middle"><a
          href="aboutus.html" target="_self" class="top_menu">About Us </a></td>
621                  <td width="10" align="center" valign="middle" class="white_text">|</td>
622                  <td width="190"   height="40" align="center" valign="middle"
          style="padding-left:5px;"><a href="accounting_services.html" target="_self"
          class="top_menu">Accounting Services </a> </td>
623                  <td width="11" align="center" valign="middle" class="white_text">|</td>
624                  <td width="215"  height="40" align="center" valign="middle"
          style="padding-left:7px;"><a href="client_success_strories.html" target="_self"
          class="top_menu">Client Success Stories </a></td>
625                  <td width="8" align="center" valign="middle" class="white_text">|</td>
626                  <td width="145"  height="40" align="center" valign="middle"
          style="padding-left:7px;"><a href="getting_started.html" target="_self"
          class="top_menu">Getting Started</a></td>
627                  <td width="11" align="center" valign="middle" class="white_text">|</td>
628                  <td width="132"   height="40" align="left" valign="middle"
          style="padding-left:10px;"><a href="archived_newsletters.html" target="_self"
          class="top_menu"> Newsletters </a></td>
629                </tr>
630              </table></td>
631              <td width="390" height="40" align="center" valign="middle" class="red_bg">
          <table width="372" border="0" cellspacing="0" cellpadding="0">
632                <tr>
633                  <td width="20" align="left" valign="middle"><img
          src="images/iconlogin.gif" alt="" width="14" height="16" border="0" /></td>
634                  <td width="100" align="left" valign="middle" class="white_text"
          style="padding-left:0px;">Client Login:
635                    <input type="hidden" name="client_comp_key" id="client_comp_key"
```

```
        value="103227" /></td>
636             <td width="100" align="left" valign="middle"><input
        name="client_user_name" type="text" class="text_input" id="client_user_name" size="13"
        value="username" onblur="if(this.value=='') this.value='username';"
        onfocus="if(this.value=='username') this.value='';" onkeypress="return log_press();"  >
        </td>
637             <td width="100" align="left" valign="middle"><input
        name="client_password" type="password" class="text_input" id="client_password" size="13"
        value="password"  onblur="if(this.value=='') this.value='password';"
        onfocus="if(this.value=='password') this.value='';" onkeypress="return log_press();"  >
        </td>
638             <td align="left" valign="middle"><input name="Submit" type="button"
        class="form_input" value="Click Here" / onClick="return login();" /></td>
639             </tr>
640           </table></td>
641         </tr>
642       </table></td>
643     </tr>
644     <tr>
645       <td width="970" height="34" align="left" valign="top"><table width="970" border="0"
        cellspacing="0" cellpadding="0">
646         <tr>
647           <td width="398" height="31" align="left" valign="top"><table width="398"
        border="0" cellspacing="0" cellpadding="0">
648             <tr>
649               <td height="31"class="red_bg"><table width="98%" border="0"
        align="center" cellpadding="0" cellspacing="0">
650                 <tr>
651                   <td width="25" align="right" valign="middle"><img
        src="images/iconSignup.gif" alt="Sign Up" width="24" height="22" /></td>
652                   <td width="169" align="left" valign="middle"
        class="white_text">Sign Up For PCO Newsletter :</td>
653                   <td width="126" align="left" valign="middle"><input
        name="newsletter" id="newsletter" type="text" class="text_input" style="width:118px;"
        value="Enter Email Address" onfocus="return clear_feilds()" onblur="return fill_feilds()"
        onkeypress="return new_keypress();"/></td>
654                   <td width="60" align="left" valign="middle"><input
        name="Submit22" id="Submit22" type="button" class="form_input" value="Submit"
        onclick="return newsubmit()"/></td>

655                 </tr>
656               </table></td>
657             </tr>
658           </table></td>
659           <td width="572" height="31" align="left" valign="top"><table width="587"
        border="0" cellspacing="0" cellpadding="0">
660             <tr>
661               <td width="26"> </td>
662               <td width="366" align="left" valign="top" class="redd_text"><a
        href="npmavideo">Let us show you what we can do for your Pest Control Business</a></td>
663               <td width="195" style="padding-top:5px;"><table width="147" border="0"
        align="right" cellpadding="0" cellspacing="0">
664                 <tr>
665                   <td width="47" align="left" valign="top" class="redd_text">Join
        Us</td>
666                   <td width="28" align="center" valign="top"><a
        href="/web/20130618070202/http://www.linkedin.com/groups?gid=2385420&amp;trk=hb_side_g"
        target="_blank"><img src="images/iconIn.gif" alt="" width="28" height="22" border="0" />
        </a></td>
667                   <td width="28" align="center" valign="top"><a
        href="/web/20130618070202/http://www.facebook.com/pages/Newton-NJ/PCO-
```

```
                          Bookkeepers/166587007350?ref=sea" target="_blank"><img src="images/iconFacebook.gif" alt=""
                          width="28" height="22" border="0" /></a></td>
668                                     <td width="44" align="left" valign="top"><a
                          href="/web/20130618070202/http://twitter.com/PCOBookkeepers" target="_blank"><img
                          src="images/iconFacebook_twiter.gif" alt="" width="23" height="21" border="0" /></a></td>
669                                 </tr>
670                             </table></td>
671                         </tr>
672                     </table></td>
673                 </tr>
674             </table></td>
675         </tr>
676     </table></td>
677   </tr>
678   <tr>
679     <td width="970" height="10" align="left" valign="top"></td>
680   </tr>
681   <tr>
682     <td width="970" align="left" valign="top"><table width="970" border="0" cellspacing="0"
                          cellpadding="0">
683         <tr>
684             <td width="243" align="left" valign="top"><table width="242" border="0"
                          cellspacing="0" cellpadding="0">
685                 <tr>
686                     <td width="242" height="147" align="left" valign="top" class="lftFlashBG2">
                          <table width="242" border="0" cellspacing="0" cellpadding="0">
687                         <td width="110" height="147" align="left" valign="top" class="lftFlashBG">
                          <table width="110" border="0" align="center" cellpadding="0" cellspacing="0">
688
689                             <tr>
690                                 <td align="center" valign="middle"> </td>
691                             </tr>
692                             <tr>
693                                 <td align="center" valign="middle"> </td>
694                             </tr>
695                             <tr>
696                                 <td align="center" valign="middle"> </td>
697                             </tr>
698                             <tr>
699                                 <td align="center" valign="middle"> </td>
700                             </tr>
701                             <tr>
702                                 <td align="center" valign="middle"> </td>
703                             </tr>
704                             <tr>
705                                 <td align="center" valign="middle"> </td>
706                             </tr>
707                             <tr>
708                                 <td align="center" valign="middle"> </td>
709                             </tr>
710
711                             <tr>
712                                 <td align="center" valign="middle"><a href="dan.html" target="_self"
                          class="lftFlshHeadLink1" style="padding-left:0px; line-height:32px;
713                                                     padding-top:5px;">Read More</a> </td>
714                             </tr>
715                         </table></td>
716                         <td height="147" align="left" valign="top" class="lftFlashBG"><table
                          width="99%" border="0" cellspacing="0" cellpadding="0">
717                             <tr>
718                                 <td height="10"></td>
```

```
719                        </td>
720                    <tr>
721                    <td height="110" class="lftFlashBG"><span class="lftFlashBG"><span >
<span class="lftFlshHead">Daniel S Gordon, CPA<br />
722                    </span>Managing Partner &amp; Founder</span>.
723                    </span>Dan brings over 20 years of experience in accounting and managing
high growth pest control companies. As an Owner, Manager, CFO...
724                        <br />
725
726                    </td>
727                    </tr>
728                </table></td>
729            </tr>
730        </table></td>
731    </tr>
732    <tr>
733        <td height="10" align="center" valign="middle"></td>
734    </tr>
735    <tr>
736        <td align="left" valign="top"><table width="100%" border="0" cellspacing="0"
cellpadding="0">
737                <tr>
738                <td height="5" align="left" valign="top"><img
src="images/lftPestContrlTop-img.gif" alt="" width="242" height="5" border="0" /></td>
739                </tr>
740                <tr>
741                <td align="left" valign="top"><table width="100%" border="0"
cellpadding="0" cellspacing="0" class="lftpestControlBG">
742                    <td width="4" align="left" valign="top"></td>
743                    <td width="4" align="left" valign="top"></td>
744                    <td align="center" valign="middle" style="padding-bottom:10px;">
<table width="220" border="0" cellspacing="0" cellpadding="0">
745
746
747                        <tr>
748                        <td align="left" valign="top" class="body_text"
style="padding-top:6px;"><table width="100%" border="0" cellspacing="0" cellpadding="0">
749                            <tr>
750                            <td width="28" align="left" valign="middle"><img
src="images/logo3.gif" alt="" width="28" height="25" /></td>
751                            <td width="197" align="left" valign="middle"
class="redBold" style="color:#993300; font-weight:bold;">About PCO Bookkeepers </td>
752                            </tr>
753                            <tr>
754                            <td colspan="2" align="center" valign="middle"
style="padding-top:10px;"><img src="images/lnebrdr.gif" alt="" width="214"
755                                                                        height="1"
border="0" /></td>
756                            </tr>
757                        </table>
758                        <p class="bodyTopMidBG" style="margin:0px; padding-top:10px;
font-weight:normal;">
759                            PCO Bookkeepers serves pest control companies nationwide
using remote access technology administered by a team of Accounting Professionals with over
20 years of experience running pest control companies from a single employee to over 100
employees.</p>
760                        <p class="bodyTopMidBG" style="margin:0px; padding-
top:10px; font-weight:normal;">For less than the cost of hiring a full charged bookkeeper
you can have your books maintained  by pest control business industry experts who have been
involved with all aspects of accounting for pest control companies<br />
761                            <br />
```

```
762                                        <br />
763                                        <a href="aboutus.html" target="_self"
       style="color:#993300">Click here to find out more</a><br />
764
765                                        <br />
766                                    </p>
767                                    </td>
768                                </tr>
769                            </table></td>
770                            <td width="4" align="right" valign="top"></td>
771                        </tr>
772                    </table></td>
773                </tr>
774                <tr>
775                    <td height="5" align="left" valign="bottom"><img
       src="images/lftPestContrlBtm-img.gif" alt="" width="242" height="5" border="0" /></td>
776                </tr>
777            </table></td>
778        </tr>
779                <tr>
780            <td width="240" height="10" align="left" valign="top"></td>
781        </tr>
782        <tr>
783            <td width="240" height="122" align="left" valign="top"><a
       href="/web/20130618070202/http://pcobookkeepers.com/growyourbiz/index.html"
       target="_blank"></a>
784                <table width="240" border="0" cellspacing="0" cellpadding="0">
785                    <tr>
786                        <td width="240" height="125" align="center" valign="top" class="lftbg34"
       style="padding-top:15px;">
787                            <span class="lftFlshHead" style="border-bottom:#fff 1px
       solid; padding-bottom:11px;">Get Your Free Report entitled</span>
788                            <p style=" font-weight:bold; padding-top:10px;">
789
790                    Does Your Accountant just<br />
791                    push paper or is he or she a valuable<br />
792                    part of your Pest Control Company&rsquo;s Management Team?</p></td>
793                    </tr>
794                    <tr>
795                        <td width="240" height="22" align="left" valign="top"><a href="join.asp"
       target="_self"><img src="images/bl_bl2.jpg" width="240" height="22" border="0" /></a></td>
796                    </tr>
797                </table></td>
798        </tr>
799        <tr>
800            <td height="10" align="left" valign="top"></td>
801        </tr>
802        <tr>
803            <td align="left" valign="top"><table width="100%" border="0" cellspacing="0"
       cellpadding="0">
804                <tr>
805                    <td height="5" align="left" valign="top"><img
       src="images/lfttestimonialtop-img.gif" alt="" width="242" height="5" border="0" /></td>
806                </tr>
807                <tr>
808                    <td align="left" valign="top"><table width="100%" border="0"
       cellpadding="0" cellspacing="0" class="lfttestiBG">
809                        <tr>
810                            <td width="4" align="left" valign="top"><img
       src="images/lfttestimonialLft-img.gif" alt="" width="4" height="180" border="0" /></td>
811
```

```
812           <td align="left" valign="top"><table width="230" border="0"
       cellspacing="0" cellpadding="0">
                 <tr>
813                <td align="left" valign="top"><table width="100%" border="0"
       cellspacing="0" cellpadding="0">
814                  <tr>
815                    <td height="30" align="left" valign="bottom"><table
       width="100%" border="0" cellspacing="0" cellpadding="0">
816                      <tr>
817                        <td width="40" align="right" valign="middle"><img
       src="images/icon_testimonial.gif" alt="" width="28" height="25" /></td>
818                        <td align="left" valign="middle"
       class="redBold">Clients We Serve</td>
819                      </tr>
820                    </table></td>
821                  </tr>
822                  <tr>
823                    <td height="5" align="center" valign="middle"><img
       src="images/lnebrdr.gif" alt="" width="214" height="1" border="0" /></td>
824                  </tr>
825                </table></td>
826              </tr>
827              <tr>
828                <td align="center" valign="top"><table width="220" border="0"
       cellspacing="0" cellpadding="0">
829                  <tr>
830                    <td align="left" valign="top" class="bred_text"><script
       type="text/javascript">

831
832       var delay = 2100; //set delay between message change (in miliseconds)
833       var maxsteps=30; // number of steps to take to change from start color to endcolor
834       var stepdelay=30; // time in miliseconds of a single step
835       var startcolor= new Array(255,255,255); // start color (red, green, blue)
836       var endcolor=new Array(0,0,0); // end color (red, green, blue)
837
838       var fcontent=new Array();
839       begintag='<div class="bl" >'; //set opening tag, such as font declarations
840       fcontent[0]="<img src='images/banner1.png'  width='220' height='120' border='0' />" ;
841       fcontent[1]="<img src='images/banner2.png'  width='220' height='120' border='0' />";
842       fcontent[2]="<img src='images/banner3.png'  width='220' height='120' border='0' />";
843       fcontent[3]="<img src='images/banner4.png'  width='220' height='120' border='0' />";
844       fcontent[4]="<img src='images/banner5.png'  width='220' height='120' border='0' />";
845       fcontent[5]="<img src='images/hoff.png'  width='220' height='120' border='0' />";
846       fcontent[6]="<img src='images/merlins.png'  width='220' height='120' border='0' />";
847       fcontent[7]="<img src='images/pest.png'  width='220' height='120' border='0' />";
848       fcontent[8]="<img src='images/envirocon.png'  width='220' height='120' border='0' />";
849       fcontent[9]="<img src='images/allamerican.png'  width='220' height='120' border='0' />";
850       fcontent[10]="<img src='images/smith.png'  width='220' height='120' border='0' />";
851       fcontent[11]="<img src='images/standard.png'  width='220' height='120' border='0' />";
852       fcontent[12]="<img src='images/triangle.png'  width='220' height='120' border='0' />";
853       fcontent[13]="<img src='images/titan.png'  width='220' height='120' border='0' />";

854       fcontent[14]="<img src='images/barrier.png'  width='220' height='120' border='0' />";
855       fcontent[15]="<img src='images/common.png'  width='220' height='120' border='0' />";
856       fcontent[16]="<img src='images/envirosafe.png'  width='220' height='120' border='0' />";
857       fcontent[17]="<img src='images/inter.png'  width='220' height='120' border='0' />";
858       fcontent[18]="<img src='images/johnson.png'  width='220' height='120' border='0' />";
859       fcontent[19]="<img src='images/natural.png'  width='220' height='120' border='0' />";
860       fcontent[20]="<img src='images/amtech.png'  width='220' height='120' border='0' />";
861       fcontent[21]="<img src='images/arizona.png'  width='220' height='120' border='0' />";
862       fcontent[22]="<img src='images/pestec.png'  width='220' height='120' border='0' />";
```

```
863  fcontent[23]="<img src='images/Comprehensive.png'  width='220' height='120' border='0' />";
864  fcontent[24]="<img src='images/cowleys.png'  width='220' height='120' border='0' />";
865  fcontent[25]="<img src='images/d&tpest.png'  width='220' height='120' border='0' />";
866  fcontent[26]="<img src='images/daves.png'  width='220' height='120' border='0' />";
867  fcontent[27]="<img src='images/delsea.png'  width='220' height='120' border='0' />";
868  fcontent[28]="<img src='images/agl.png'  width='220' height='120' border='0' />";
869  fcontent[29]="<img src='images/extermatrim.png'  width='220' height='120' border='0' />";
870  fcontent[30]="<img src='images/horizon.png'  width='220' height='120' border='0' />";
871  fcontent[31]="<img src='images/larue.png'  width='220' height='120' border='0' />";
872  fcontent[32]="<img src='images/miller.png'  width='220' height='120' border='0' />";
873  fcontent[33]="<img src='images/natinal.png'  width='220' height='120' border='0' />";
874  fcontent[34]="<img src='images/ss.jpg'  width='220' height='120' border='0' />";
875  closetag='</div>';
876
877  var fwidth='200px'; //set scroller width
878  var fheight='147px'; //set scroller height
879
880  var fadelinks=0;  //should links inside scroller content also fade like text? 0 for no, 1
     for yes.
881
882  ///No need to edit below this line//////////////////
883
884
885  var ie4=document.all&&!document.getElementById;
886  var DOM2=document.getElementById;
887  var faderdelay=0;
888  var index=0;
889
890
     /*Rafael Raposo edited function*/
891
     //function to change content
892  function changecontent(){
893    if (index>=fcontent.length)
894      index=0
895    if (DOM2){
896      document.getElementById("fscroller").style.color="rgb("+startcolor[0]+",
897  "+startcolor[1]+", "+startcolor[2]+")"
898      document.getElementById("fscroller").innerHTML=begintag+fcontent[index]+closetag
899        //index++
900        //document.getElementById("fscroller").style.color="rgb("+startcolor[0]+",
     "+startcolor[1]+", "+startcolor[2]+")"
901
     //document.getElementById("fscroller").innerHTML=document.getElementById("fscroller").inner
     HTML + "<br>" + begintag+fcontent[index]+closetag
902      if (fadelinks)
903        linkcolorchange(1);
904      colorfade(1, 15);
905    }
906    else if (ie4)
907    {
908      document.all.fscroller.innerHTML=begintag+fcontent[index]+closetag
909        //index++
910        //document.all.fscroller.innerHTML=document.all.fscroller.innerHTML + "<br>" +
     begintag+fcontent[index]+closetag;
911    }
912    index++
913  }
914
915  // colorfade() partially by Marcio Galli for Netscape Communications.  //////////////
916  // Modified by Dynamicdrive.com
```

```
917
918  function linkcolorchange(step){
919    var obj=document.getElementById("fscroller").getElementsByTagName("A");
920    if (obj.length>0){
921      for (i=0;i<obj.length;i++)
922        obj[i].style.color=getstepcolor(step);
923    }
924  }
925
926  /*Rafael Raposo edited function*/
927  var fadecounter;
928  function colorfade(step) {
929    if(step<=maxsteps) {
930      document.getElementById("fscroller").style.color=getstepcolor(step);
931      if (fadelinks)
932        linkcolorchange(step);
933      step++;
934      fadecounter=setTimeout("colorfade("+step+")",stepdelay);
935    }else{
936      clearTimeout(fadecounter);
937      document.getElementById("fscroller").style.color="rgb("+endcolor[0]+", "+endcolor[1]+",
       "+endcolor[2]+")";
938      setTimeout("changecontent()", delay);
939
940    }
941  }
942
943  /*Rafael Raposo's new function*/
944  function getstepcolor(step) {
945    var diff
946    var newcolor=new Array(3);
947    for(var i=0;i<3;i++) {
948      diff = (startcolor[i]-endcolor[i]);
949      if(diff > 0) {
950        newcolor[i] = startcolor[i]-(Math.round((diff/maxsteps))*step);
951      } else {
952        newcolor[i] = startcolor[i]+(Math.round((Math.abs(diff)/maxsteps))*step);
953      }
954    }
955    return ("rgb(" + newcolor[0] + ", " + newcolor[1] + ", " + newcolor[2] + ")");
956  }
957
958  if (ie4||DOM2)
959    document.write('<div id="fscroller" style="border:0px "></div>');
960
961  if (window.addEventListener)
962  window.addEventListener("load", changecontent, false)
963  else if (window.attachEvent)
964  window.attachEvent("onload", changecontent)
965  else if (document.getElementById)
966  window.onload=changecontent
967
968  </script></td>
969                                    </tr>
970                                  </table></td>
971                                </tr>
972                              </table></td>
973                              <td width="4" align="right" valign="top"><img
     src="images/lfttestimonialrght-img.gif" alt="" width="4" height="180" border="0" /></td>
974                            </tr>
975                          </table></td>
```

```
976              </tr>
977              <tr>
978                <td height="5" align="left" valign="bottom"><img
        src="images/lfttestimonialbtm-img.gif" alt="" width="242" height="5" border="0" /></td>
979              </tr>
980              <tr>
981                <td height="10" align="left" valign="bottom"></td>
982              </tr>
983              <tr>
984                <td width="242" height="75" align="left" valign="top"><img
        src="images/spe.gif" width="242" height="75" /></td>
985              </tr>
986            </table></td>
987          </tr>
988        </table></td>
989        <td width="10" align="left" valign="top"> </td>
990        <td align="left" valign="top"><table width="100%" border="0" cellspacing="0"
        cellpadding="0">
991          <tr>
992            <td width="505" height="125" align="left" valign="top"><table width="505"
        border="0" cellspacing="0" cellpadding="0">
993              <tr>
994                <td width="505" height="93" align="left" valign="top"><a
        href="5questions.html"><img src="images/index_banner.jpg" width="505" height="125"
        border="0"/></a></td>
995              </tr>
996
997            </table></td>
998          </tr>
999          <tr>
1000           <td height="10" align="left" valign="top"></td>
1001         </tr>
1002         <tr>
1003           <td align="left" valign="top"><table width="505" border="0" cellspacing="0"
        cellpadding="0">
1004             <tr>
1005               <td width="505" height="33" align="left" valign="top" class="tab1"><table
        width="505" border="0" cellspacing="0" cellpadding="0">
1006                 <tr>
1007                                         <td width="25" height="33" align="left"
        valign="middle"> </td>
1008                   <td height="33" align="left" valign="middle" class="tab_bg3">Selected
        Articles for Successful PCOs</td>
1009                   <td width="60" height="33" align="left" valign="middle"><a
        href="more1.html" target="_self" class="bred_text">more</a></td>
1010                 </tr>
1011               </table></td>
1012             </tr>
1013             <tr>
1014               <td width="505" align="left" valign="top"><table width="505" border="0"
        cellspacing="0" cellpadding="0" class="bdrtbl"  >
1015                 <tr>
1016                   <td style="padding-top:10px;"><table width="467" border="0"
        align="center" cellpadding="0" cellspacing="0">
1017                                                 <tbody>
1018                                                 <tr><td  valign="top"
        width="467">
1019                                                   <div id="slider1"
        class="contentslide">
1020                                                     <div
```

```
1021    style="opacity: 1.1;" class="opacitylayer">
1022                                                    <div
        style="display: block;" class="contentdiv">
1023
1024    <table width="467" border="0" cellspacing="0" cellpadding="0">
1025
1026        <tr>
1027            <td width="15" align="left" valign="top" style="padding-bottom:0px;"><img
        src="images/bull2.jpg" alt="" width="6" height="6"  style="padding-top:6px"/></td>
1028            <td width="452" height="118" align="left" valign="top" class="body_text" ><a
        href="PCOArticles/Does Your Accountant Just Push Paper or is he a Valuable Part of your
        management Team.pdf" target="_blank" class="body_text" >
1029        <!-- Professionals Sell Time-PCT. -->
1030                    Does Your Accountant Just Push Paper or is he a Valuable Part of your
        management Team?
1031            <br />
1032                         
1033                    <b>Published: </b>This article can be downloaded from our Website
1034                    <br />
1035                         
1036                    www.pcobookkeepers.com
1037                    <br />
1038                         
1039                    <b>Topic: </b>Explores the Internal Accounting / Bookkeeping functions
        required in
1040                    <br />
1041                         
1042                    a PCO company. </a>
1043
1044        </a></td>
1045        </tr>
1046
1047        <tr>
1048            <td width="15" align="left" valign="top" style="padding-top:5px" ><img
        src="images/bull2.jpg" alt="" width="6" height="6"  /></td>
1049            <td width="452"  align="left" valign="top" class="body_text" height="82" ><a
        href="PCOArticles/Adding Animal Work to Your Service Offerings.pdf"
1050        target="_blank" class="body_text"  ><!--Motivating Your Workforce-->
1051                    Adding Animal Work to Your Service Offerings.
1052                 <br />
1053                         
1054                <b>Published: </b>NPMA Pest World Magazine October of 2010
1055                <br />
1056                         
1057                <b>Topic: </b> Explores how wildlife work can be added as a recurring
        revenue service
1058                 <br />
1059                         
1060                    offering.
1061                    </a></td>
1062        </tr>
1063        <tr>
1064            <td width="15" align="left" valign="top" style="padding-top:6px;" ><img
        src="images/bull2.jpg" alt="" width="6" height="6"  /></td>
1065            <td  align="left" valign="middle" height="25" class="body_text" ><a
        href="PCOArticles/Building Your Business through Expanded Offerings.pdf" target="_blank"
        class="body_text"><!--Developing Your Unique Selling Proposition-->
1066                    Building Your Business through Expanded Offerings.
1067                    <br />
1068                 
```

```
1069              <b>Published: </b>NPMA Pest World Magazine November 2011
1070              <br />
1071                   
1072              <b>Topic: </b>Explores add on services that PCO's may branch into, looking at the

1073              <br />
1074                   
1075              pros and cons of each.
1076                        </a></td>
1077          </tr>
1078   </table> </div>
1079

1080                                                                            <div
       style="display: block;" class="contentdiv">
1081
1082   <table width="467" border="0" cellspacing="0" cellpadding="0">
1083
1084         <tr>
1085            <td width="15" align="left" valign="top" style="padding-top:5px;"><img
       src="images/bull2.jpg" width="6" height="6"  /></td>
1086              <td height="100" align="left" valign="top" class="body_text" ><a
       href="PCOArticles/Business Entities.pdf" target="_blank" class="body_text"><!--Focus on
       Your Core Service-->
1087                        Business Entities.
1088              <br />
1089                     
1090                <b>Published: </b>PCT June of 2011
1091              <br />
1092                     
1093                <b>Topic: </b>Looks at the type of organizational structures available to
       a PCO
1094                 <br />
1095                     
1096                company. These Structures include Sole Proprietorship, Limited Liability
1097                <br />
1098                     
1099                Companies as well as Corporations.
1100                        </a></td>
1101         </tr>
1102         <tr>
1103            <td width="15" align="left" valign="top" style="padding-top:5px;"><img
       src="images/bull2.jpg" width="6" height="6" /></td>
1104            <td height="85" align="left" valign="top" class="body_text" ><a
       href="PCOArticles/Managing Your Office Technology.pdf" target="_blank" class="body_text" >
1105                        Managing Your Office Technology.
1106              <br />
1107                             
1108                        <strong>Published:</strong> NPMA Pest World Magazine August 2011
1109                        <br />
1110                             
1111                        <strong>Topic:</strong> Explores which office management decisions,
       policies and procedures
1112                        <br />
1113                             
1114                        must be considered before benefiting from PCO Management software.
1115                        </a></td>
1116         </tr>
1117          <tr>
1118            <td width="15" align="left" valign="top" style="padding-top:5px;" ><img
       src="images/bull2.jpg" alt="" width="6" height="6" /></td>
1119
```

```
       <td width="452"  align="left" height="29" valign="middle" class="body_text" ><a
1120   href="PCOArticles/Measuring Quality Service and Customer Retention.pdf"
       target="_blank" class="body_text1" style="padding-top:10px;">
1121               Measuring Quality Service and Customer Retention.
1122               <br />
1123                    
1124               <strong>Published:</strong> NPMA Pest World Magazine August 2011
1125               <br />
1126                    
1127               <strong>Topic:</strong> This article creates a quantitative framework for
       measuring quality
1128               <br />
1129                    
1130               service and    customer retention.
1131
1132               </a></td>
1133       </tr>
1134   </table> </div>
1135                                                                     <div
       style="display: block;" class="contentdiv">
1136
1137   <table width="467" border="0" cellspacing="0" cellpadding="0">
1138
1139
1140
1141
1142       <tr>
1143           <td width="16" align="left" valign="top" style=" padding-top:6px;"><img
       src="images/bull2.jpg" alt="" width="6" height="6"  /></td>
1144           <td width="451" height="99"  align="left" valign="middle" class="body_text"><a
       href="PCOArticles/Selling Value.pdf" target="_blank" class="body_text">
1145               Selling Value.
1146               <br />
1147                         
1148               <strong>Published:</strong> PCT April of 2010 and was co written By Dan
       Gordon, Jim McHale
1149               <br />
1150                         
1151               and Jonathan Yee
1152               <br />
1153                    
1154               <strong>Topic:</strong> This article explores building a PCO firm by
       focusing on what you are
1155               <br />
1156                         
1157               good at and doing it over and over again.
1158               </a></td>
1159       </tr>
1160        <tr>
1161           <td width="16" align="left"  valign="top" style= padding-top:6px;"><img
       src="images/bull2.jpg" alt="" width="6" height="6"  /></td>
1162           <td  align="left" valign="top" height="78" class="body_text"><a
       href="PCOArticles/Selling Time.pdf" target="_blank" class="body_text"><span >Selling
       Time</span>
1163               <br />
1164                                             
1165                                        <strong>Published:</strong> PCT
       November 2010
1166                                        <br />
1167                                             
1168
```

```
                                                  <strong>Topic:</strong> The successful PCO
     understands that he sells time and profits as he
1169                                              <br />
1170                                                   
1171                                              is able to route time efficiently.


1172                         </a></td>
1173            </tr>
1174            <tr>
1175            <td width="16" align="left" valign="top" style="padding-top:3px;"><img
     src="images/bull2.jpg" width="6" height="6" / style="padding-top:4px;" /></td>
1176            <td height="29" align="left" valign="top" class="body_text" ><a
     href="PCOArticles/How to Build a Niche Social Media Program.pdf" target="_blank"
     class="body_text">
1177                         How to Build a Niche Social Media Program.
1178                         <br />
1179                 
1180      <strong>Published:</strong> PCT May 2011
1181      <br />

1182
1183                 
1184            <strong>Topic:</strong> Social Media is used for Marketing, Education and
     communication.
1185            <br />
1186                 
1187            This Article explores The "LinkedIN" group "PCO Business Solutions" started
1188            <br />
1189                 
1190            and managed by Dan Gordon, CPA with over 1400 PCOs who engage in
1191            <br />
1192                 
1193            relevant management topics for PCOs
1194     on a daily basis.
1195                         </a></td>
1196            </tr>
1197     </table> </div>
1198
1199      <div style="display: block;" class="contentdiv">
1200
1201     <table width="467" border="0" cellspacing="0" cellpadding="0">
1202
1203
1204            <tr>
1205            <td width="16" align="left" valign="top" style="padding-top:6px;"><img
     src="images/bull2.jpg" width="6" height="6"  /></td>
1206            <td height="63" align="left" valign="top" class="body_text" ><a
     href="PCOArticles/Surviving a Tax Audit.pdf" target="_blank" class="body_text">
1207                         Surviving a Tax Audit.
1208                         <br />

1209                              
1210                         <strong>Published:</strong> PCT October 2011
1211                         <br />
1212                              
1213                         <strong>Topic:</strong> The PCO's Guide to Surviving a Tax Audit.
1214                         </a></td>
1215            </tr>
1216            <tr>
1217            <td width="16" align="left" valign="top" style="padding-top:6px;" ><img
     src="images/bull2.jpg" width="6" height="6" /></td>
1218            <td height="82" align="left" valign="top" class="body_text" ><a
```

```
     href="PCOArticles/Tax Man Cometh.pdf" target="_blank" class="body_text">
1219                    Tax Man Cometh.
1220                    <br />
1221                         
1222                    <strong>Published:</strong> PCT December 2010
1223                    <br />
1224                         
1225                    <strong>Topic:</strong> This article explores tax deductions available to
     PCO mainly in the way
1226                    <br />
1227                         
1228                     of asset purchases
1229                    </a></td>
1230        </tr>
1231        <tr>
1232            <td align="left" valign="top" style="padding-top:6px;"><img src="images/bull2.jpg"
     width="6" height="6"  /></td>
1233        <td height="20" align="left" valign="middle" class="body_text" >
1234                    <a href="PCOArticles/Tax Planning For the PCO in a Rising Tax
     Environment.pdf" target="_blank" class="body_text">
1235                    Tax Planning For the PCO in a Rising Tax Environment.
1236                    <br />
1237                             
1238                        <strong>Published:</strong> PCT February 2012
1239                        <br />
1240                         
1241                        <strong>Topic:</strong> With the current political and economic
     climate in Washington, it looks
1242                        <br />
1243                         
1244                        like taxes are going up. What strategies does the PCO need to
     employ in this
1245                        <br />
1246                         
1247                        type of climate?                        </a></td>
1248        </tr>
1249    </table> </div>
1250
1251
1252    <div style="display: block;" class="contentdiv">
1253
1254    <table width="467" border="0" cellspacing="0" cellpadding="0">
1255
1256        <tr>
1257        <td width="16" align="left" valign="top"  style="padding-top:4px"><img
     src="images/bull2.jpg" alt="" width="6" height="6" /></td>
1258        <td width="451" height="66" align="left" valign="top" class="body_text" ><a
     href="PCOArticles/Tax Relief.pdf" target="_blank" class="body_text1" >
1259
1260                    Tax Relief.
1261                    <br />
1262                         
1263                    <strong>Published:</strong> PCT February 2011
1264                    <br />
1265                         
1266                    <strong>Topic:</strong> This article looks at the tax sweeping changes that
     President
1267                    <br />
1268                         
1269                    Obama signed into law in December 2010 and how they affect the PCO.
```

```
1270                  </a></td>
1271          </tr>
1272          <tr>
1273            <td width="16" align="left" valign="top"  style="padding-top:6px;"><img
      src="images/bull2.jpg" width="6" height="6"  /></td>
1274            <td height="63" align="left" valign="top" class="body_text"><a
      href="PCOArticles/Technician Compensation.pdf" target="_blank" class="body_text">
1275                  Technician Compensation.
1276                  <br />
1277           
1278      <strong>Published:</strong> PCT October 2010
1279      <br />
1280           
1281      <strong>Topic:</strong> What a PCO firm owner needs to know about technician pay plans
1282                  </a></td>
1283          </tr>
1284          <tr>
1285            <td align="left" valign="top" style="padding-top:6px;"><img src="images/bull2.jpg"
      width="6" height="6"  /></td>
1286            <td height="66" align="left" valign="top" class="body_text" ><a
      href="PCOArticles/The Flip Side.pdf" target="_blank" class="body_text
1287                  ">
1288                  The Flip Side.
1289                  <br />
1290                       
1291                  <strong>Published:</strong> PCT May 2010
1292                  <br />
1293                       
1294                  <strong>Topic:</strong> How PCO's weathered the economic downturn
1295                  </a></td>
1296          </tr>
1297            <tr>
1298            <td width="16" align="left" valign="top" style="padding-top:5px;"><img
      src="images/bull2.jpg" alt="" width="6" height="6"  /></td>
1299            <td width="451" height="29" align="left" valign="top" class="body_text" ><a
      href="PCOArticles/Selling The USP.pdf" target="_blank" class="body_text" >
1300
                  Selling The USP.
1301
1302                  <br />
1303           
1304      <strong>Published:</strong> PCT February 2011
1305      <br />
1306           
1307      <strong>Topic:</strong> How to differentiate the PCOs unique level of personal and flexible
1308      <br />
1309           
1310      pest management solutions and communicate this to his customers
1311                  </a></td>
1312          </tr>
1313      </table>
1314      </div>
1315      </div>
1316                                      </div>                 </td>
1317                                                  </tr>
1318                                                  <tr>
1319
1320                                              <td align="right"
      valign="top" ><table width="347" border="0" cellspacing="0" cellpadding="0">
1321        <tr>
```

```
1322              <td width="182"> </td>
1323              <td width="165" align="right" valign="top"><div class="pagination" id="paginate-
       slider1">
1324                      <a class="" href="#" onClick="ContentSlider.turnpage('slider1', 0);
       returnfalse">1</a>
1325                                      <a class="" href="#"
       onclick="ContentSlider.turnpage('slider1', 1); return false">2</a>
1326                      <a class="" href="#" onClick="ContentSlider.turnpage('slider1', 2);
       return    false">3</a>
1327
1328                      <a rel="0" href="#" style="font-weight: bold;"
       onclick="ContentSlider.turnpage('slider1',
1329                          parseInt(this.getAttribute('rel'))); return false">Next</a> </div>
       </td>
1330      </tr>
1331  </table>
1332  <script type="text/javascript">
1333                                                              //Define:
       ContentSlider("slider_ID", [autorotate_miliseconds], [custompaginatelinkstext],
       [customnextlinktext])
1334
       ContentSlider("slider1", 9000)
1335                                                          </script></td>
1336                                                  </tr>
1337                                          </tbody></table></td>
1338                  </tr>
1339                  </table></td>
1340                  </tr>
1341                  <tr>
1342                      <td width="505" height="10" align="left" valign="top"><img
       src="images/tabl_end.jpg" width="505" height="10" /></td>
1343                  </tr>
1344              </table></td>
1345          </tr>
1346          <tr>
1347              <td height="10" align="left" valign="top"></td>
1348          </tr>
1349          <tr style="background-color:#FFFFFF">
1350              <td align="left" valign="top" style="background-color:#FFFFFF"><div id="tabs"
       style="background-color:#FFFFFF">
1351                  <ul style="background-color:#FFFFFF">
1352                  <li><a href="#tabs-2" class="tab_bg3">Facebook</a></li>
1353                  <li><a href="#tabs-1" class="tab_bg3">Twitter</a></li>
1354
1355                  <li><a href="#tabs-4" class="tab_bg3">LinkedIn</a></li>
1356                          <li><a href="#tabs-3" class="tab_bg3">PCO Business Network
       </a></li>
1357                  </ul>
1358              <div id="tabs-2" style="background-color:#FFFFFF">
1359                      <iframe
       src="/web/20130618070202if_/http://www.facebook.com/plugins/likebox.php?
       href=https%3A%2F%2Fwww.facebook.com%2FPCOBookkeepers&amp;width=450&amp;height=378&amp;color
       scheme=light&amp;show_faces=true&amp;border_color&amp;stream=true&amp;header=true"
       scrolling="no" frameborder="0" style="border:none; overflow:hidden; width:450px;
       height:378px;" allowtransparency="true"></iframe>
1360              </div>
1361              <div id="tabs-1" style="background-color:#FFFFFF">
1362                  <script
       src="/web/20130618070202js_/http://widgets.twimg.com/j/2/widget.js"></script>
1363
1364  <script>
```

```
1365  new TWTR.Widget({
1366    version: 2,
1367    type: 'profile',
1368    rpp: 7,
1369    interval: 6000,
1370    width: '450',
1371    height: 290,
1372    theme: {
1373      shell: {
1374        background: '#AF080B',
1375        color: '#ffffff'
1376      },
1377      tweets: {
1378        background: '#ffffff',
1379        color: '#AF080B',
1380        links: '#000000'
1381      }
1382    },
1383    features: {
1384      scrollbar: true,
1385      loop: false,
1386      live: true,
1387      hashtags: true,
1388      timestamp: true,
1389      avatars: false,
1390      behavior: 'all'
1391    }
1392  }).render().setUser('PCOBookkeepers').start();
1393              </script>
1394          </div>
1395          <div id="tabs-3" style="background-color:#FFFFFF">
1396            <table width="450" height="378" border="0" align="center" cellpadding="0"
        cellspacing="0">
1397              <tr>
1398                <td align="center" valign="middle"><!--<a
        href="/web/20130618070202/http://www.pcobusinessnetwork.com/" target="blank" > <img
        src="images/pco.png"  height="347"/>
1399                          <br /><br />
1400                          <span class="tab_bg3"> Click to join PCO Business
        Network </span></a>-->
1401                  <embed wmode="opaque"
        src="/web/20130618070202oe_/http://static.ning.com/socialnetworkmain/widgets/index/swf/badg
        e.swf?xn_version=124632088"
        flashvars="backgroundColor=0xFFFFFF&textColor=0x525252&config=http%3A%2F%2Fwww.pcobusinessn
        etwork.com%2Fmain%2Fbadge%2FshowPlayerConfig%3Fxg_source%3Dbadge%26size%3Dlarge%26username%
        3D0xc7kuo1gg8ly" width="250" height="320" bgcolor="#FFFFFF" scale="noscale"
        allowscriptaccess="always" allowfullscreen="true" type="application/x-shockwave-flash"
        pluginspage="http://www.macromedia.com/go/getflashplayer"> </embed>
1402                  <br /><br /><small><a
        href="/web/20130618070202/http://www.pcobusinessnetwork.com/">Visit <em>The Pest Control
        Industry's most powerful network of PCO's</em></a></small><br />
        </td>
1403              </tr>
1404            </table>
1405          </div>
1406          <div id="tabs-4">
1407            <table width="450" height="378" border="0" align="center" cellspacing="0"
        cellpadding="0">
1408
1409                          <tr>
1410                <td align="center" valign="top"><div id="feedBody">
```

```
1411                          <div id="feedTitle">
1412                            <div id="feedTitleContainer">
1413                              <h1 class="body_text" id="feedTitleText"><strong><u>PCO
       Business Solutions</u></strong></h1>
1414                            </div>
1415                          </div>
1416                          <div id="feedContent">
1417                            <div class="body_text">
1418
1419                              <div  class="style21" align="left"><br>
1420                                                    The intention of PCO Business
       Solutions is to provide an outlet for all Pest Control Operators to voice concerns, ask for
       best practices and gain some insight from the experts at PCO Bookkeepers and other
       resources, as well as receive updates to special events and happenings.
1421                                                    <br>
1422                                                    <br>
1423                                                    The topics and professional
       services range from management accounting, to tax preparation, marketing, operations,
       product utilization and best pest management practices. The discussions will be formed from
       input from the industry members, and expert resources, and topics from PCO Bookkeepers
       monthly newsletter. Please, no soliciting.
1424                                                    <br>
1425
1426     <br><br />
1427
1428
1429
1430
1431
1432     <br><br /><center>
1433       <a href="/web/20130618070202/http://www.linkedin.com/groups?
       home=&amp;gid=2385420&amp;trk=anet_ug_hm" target="_blank"><img
       src="/web/20130618070202im_/http://www.linkedin.com/img/webpromo/btn_viewmy_160x33.png"
       width="160" height="33" border="0" alt="View ali mallick's profile on LinkedIn"
       align="middle"/></a>
1434     </center></div>
1435                              </div>
1436                            </div>
1437                          </div></td>
1438                        </tr>
1439
1440                        <!--<tr>
1441                          <td align="center" valign="top"><table width="200" border="0"
       cellspacing="0" cellpadding="0">
1442                            <tr>
1443                              <td height="50" class="entry">As a leading boutique law firm in
       the New York metro area, Felix Nihamin & Associates, P.C. delivers exceptional legal
       services while maintaining one-on-one professional relationships with each client. In this
       way, FNA provides effective personalized solutions to its' clients unique legal matters so
       that each case is managed with the highest priority and individual care. Most importantly,
       FNA clients are represented by accessible counsel who practice only the highest
       professional standards and abide by a strict code of ethics thereby protecting each
       clients' assets to the highest degree possible. FNA legal professionals speak Russian and
       Spanish.
1444
1445     Felix Nihamin's Specialties:
1446     Real Estate and Development, Loan Modifications, Short Sales, Estate Planning
1447
1448     </td>
1449                          </tr>
1450
```

```
1451                              <tr>
                                      <td align="center" valign="middle"><a
        href="/web/20130618070202/http://www.linkedin.com/in/felixnihamin" target="_blank"><img
        src="/web/20130618070202/http://www.linkedin.com/img/webpromo/btn_viewmy_160x33.png"
        width="160" height="33" border="0" alt="View ali mallick's profile on LinkedIn" /></a></td>
1452                              </tr>
1453                              <tr>
1454                                  <td> </td>
1455                              </tr>
1456                          </table>
1457                          <a href="/web/20130618070202/http://in.linkedin.com/pub/ali-
        mallick/22/384/760" target="_blank"></a></td>
1458                      </tr>-->
1459                  </table>
1460              </div>
1461          </div></td>
1462      </tr>
1463      <!-- <tr>
1464          <td height="10" align="left" valign="top"></td>
1465      </tr>
1466      <tr>
1467          <td width="505" height="147" align="center" valign="top"><table width="505"
        border="0" cellspacing="0" cellpadding="0">
1468              <tr>
1469                  <td width="14" height="147" align="left" valign="top"><img
        src="images/tbl3_start.jpg" width="14" height="147" /></td>
1470                  <td height="147" align="left" valign="top" class="tabl3"><table
        width="100%" border="0" cellspacing="0" cellpadding="0">
1471                      <tr>
1472                          <td height="35" align="left" valign="middle" class="tab_bg3"><table
        width="100%" border="0" cellspacing="0" cellpadding="0">
1473                              <tr>
1474                                  <td height="35" align="left" valign="middle" class="tab_bg3">PCO
        Bookkeepers in the News and Events</td>
1475                                  <td width="60" height="35" align="center" valign="middle"><a
        href="newsevent.html" target="_self" class="bred_text">more</a></td>
1476                              </tr>
1477                          </table></td>
1478                      </tr>
1479                      <tr>
1480                          <td height="1" align="left" valign="middle" bgcolor="#999999"></td>
1481                      </tr>
1482                      <tr>
1483                          <td align="left" valign="top"><table width="460" border="0"
        cellspacing="0" cellpadding="0">
1484                              <tr>
1485                                  <td width="29" height="6" align="left" valign="middle"></td>
1486                                  <td width="431" height="10" align="left" valign="middle"></td>
1487                              </tr>
1488                              <tr>
1489                                  <td align="center" valign="middle"><img src="images/bull2.jpg"
        width="6" height="6"  style="padding-left:12px; padding-top:0px; "/></td>
1490                                  <td width="25" align="left" valign="middle" class="body_text1"
        style="padding-top:5px;">Michigan Pest Management Association, Winter Meeting - Feb 23-25
        2011 </td>
1491                              </tr>
1492                              <tr>
1493                                  <td width="29" align="center" valign="middle"><img
        src="images/bull2.jpg" width="6" height="6"  style="padding-left:12px; padding-top:0px; "/>
        </td>
1494
```

```
                         <td height="23" align="left" valign="middle"
             class="body_text">Pestpac User Conference Las Vegas - Dec 9-10</td>
1495                       </tr>
1496                       <tr>
1497                         <td align="center" valign="middle"> </td>
1498                         <td height="23" align="left" valign="middle"
             class="body_text"> </td>
1499                       </tr>
1500
1501
1502

1503                             </table></td>
1504                         </tr>
1505                       </table></td>
1506                       <td width="14" height="147" align="left" valign="top"><img
             src="images/tbl3_end.jpg" width="14" height="147" /></td>
1507                     </tr>
1508                   </table></td>
1509               </tr>-->
1510           </table></td>
1511           <td width="10" align="left" valign="top"> </td>
1512           <td width="200" align="left" valign="top"><table width="200" border="0"
             cellspacing="0" cellpadding="0">
1513             <tr>
1514               <td width="200" height="306" align="left" valign="top"><table width="200"
             border="0" cellspacing="0" cellpadding="0">
1515                 <tr>
1516                             <td width="242" height="69" align="left" valign="top"><a
             href="#" target="_self" onclick="MM_openBrWindow('dan','width=750,height=650')"
             class="lftFlshHeadLink"><img src="images/lt1.jpg" width="200" height="69" border="0" /></a>
             </td>
1517                 </tr>
1518                 <tr>
1519                   <td width="200" height="12" align="left" valign="top"></td>
1520                 </tr>
1521                 <tr>
1522                   <td width="200" height="69" align="left" valign="top"><a
             href="archived_newsletters.html" target="_self"><img src="images/lt2.jpg" width="200"
             height="69" border="0" /></a></td>
1523                 </tr>
1524                 <tr>
1525                   <td width="200" height="12" align="left" valign="top"></td>
1526                 </tr>
1527                 <tr>
1528                   <td width="200" height="69" align="left" valign="top"><a
             href="presentation.html" target="_self"><img src="images/lt3.jpg" width="200" height="69"
             border="0" /></a></td>
1529                 </tr>
1530                 <tr>
1531                   <td width="200" height="12" align="left" valign="top"></td>
1532                 </tr>
1533                 <tr>
1534                   <td width="200" height="69" align="left" valign="top"><img
             src="images/lt4.jpg" width="200" height="69" border="0" /></td>
1535                 </tr>
1536               </table></td>
1537           </tr>
1538               <tr>
1539               <td height="12" align="left" valign="top"></td>
1540           </tr>
```

```
1541
1542              <tr>
1543               <td width="200" height="320" align="center" valign="top"><table width="200"
      border="0" cellspacing="0" cellpadding="0">
1544                <tr>
                     <td width="14" height="320" align="left" valign="top"><img
1545   src="images/tbl3_start.jpg" width="14" height="320" /></td>

1546                     <td height="320" align="left" valign="top" class="tabl13">
1547
1548
1549
1550
1551               <table width="100%" border="0" cellspacing="0" cellpadding="0"
      height="320">
1552                  <tr>
1553                    <td height="35" align="left" valign="middle" class="tab_bg3"><table
      width="100%" border="0" cellspacing="0" cellpadding="0">
1554                      <tr>
1555                        <td width="154" height="35" align="left" valign="middle"
      class="tab_bg3">News and Events</td>
1556                        <td width="46" height="35" align="center" valign="middle"><a
      href="newsevent.html" target="_self" class="bred_text">more</a></td>
1557                      </tr>
1558                    </table></td>
1559                  </tr>
1560                  <tr>
1561                    <td height="1" align="left" valign="middle" bgcolor="#999999"></td>
1562                  </tr>
1563                  <tr>
1564                    <td align="left" valign="top" >
1565
1566
1567
1568                    <div id="news_portion">
1569                    <table width="160" border="0" cellspacing="0" cellpadding="0">
1570                      <tr>
1571                        <td width="13" height="6" align="left" valign="middle"></td>
1572                        <td width="147" height="10" align="left" valign="middle"></td>
1573                      </tr>
1574                      <tr>
1575                        <td align="left" valign="top" style="padding-top:5px;"><img
      src="images/bull2.jpg" width="6" height="6" /></td>
1576                        <td height="25" align="left" valign="top" class="body_text1" >PCT -
      Merger and Acquisition – Conference - Aug 8 </td>
1577                      </tr>
1578                                            <tr>
1579                                              <td colspan="2" height="10"></td>
1580                                            </tr>
1581                      <tr>
1582                        <td width="13" align="left" valign="top" style="padding-top:5px;">
      <img src="images/bull2.jpg" width="6" height="6"  /></td>
1583                        <td height="23" align="left" valign="top" class="body_text" >Real
      Green - Million Dollar Business Seminar - Sep'12 - Feb'13<br></td>
1584                      </tr>

1585
1586                      <tr>
1587                                              <td colspan="2" height="10"></td>
1588                                            </tr>
1589                      <tr>
1590
```

```
1591
1592                        <tr>
1593                            <td width="13" align="left" valign="top" style="padding-top:5px;">
        <img src="images/bull2.jpg" width="6" height="6"   /></td>
1594                            <td height="23" align="left" valign="top" class="body_text" >Real
        Green – Marketing Symposium - Sep 19-21<br></td>
1595                        </tr>
1596
1597                        <tr>
1598                                        <td colspan="2" height="10"></td>
1599                                    </tr>
1600                        <tr>
1601
1602                        <tr>
1603                            <td width="13" align="left" valign="top" style="padding-top:5px;">
        <img src="images/bull2.jpg" width="6" height="6"   /></td>
1604                            <td height="23" align="left" valign="top" class="body_text" >NPMA
        Pest World - Oct 17-20<br></td>
1605                        </tr>
1606
1607                        <tr>
1608                                        <td colspan="2" height="10"></td>
1609                                    </tr>
1610                        <tr>
1611
1612                        <tr>
1613                            <td width="13" align="left" valign="top" style="padding-top:5px;">
        <img src="images/bull2.jpg" width="6" height="6"   /></td>
1614                            <td height="23" align="left" valign="top" class="body_text" >Planet
        - Green Industry Conference - Oct 24-26<br></td>
1615                        </tr>
1616
1617                        <tr>
1618                                        <td colspan="2" height="10"></td>
1619                                    </tr>
1620                        <tr>
1621
1622                        <tr>
1623                            <td width="13" align="left" valign="top" style="padding-top:5px;">
        <img src="images/bull2.jpg" width="6" height="6"   /></td>
1624                            <td height="23" align="left" valign="top" class="body_text"
        >Pestpac User Conference - Nov 14-16<br></td>
1625                        </tr>
1626
1627
1628                        <tr>
1629                                        <td colspan="2" height="10"></td>
1630                                    </tr>
1631                        <tr>
1632
1633                        <tr>
1634                            <td width="13" align="left" valign="top" style="padding-top:5px;">
        <img src="images/bull2.jpg" width="6" height="6"   /></td>
1635                            <td height="23" align="left" valign="top" class="body_text"
        >Pestpac User Conference - Dec 5-7<br></td>
1636                        </tr>
1637
1638                        <tr>
1639                                        <td colspan="2" height="10"></td>
```

```
1640                                              </tr>
1641                        <tr>
1642
1643                        <tr>
1644                            <td width="13" align="left" valign="top" style="padding-top:5px;">
       <img src="images/bull2.jpg" width="6" height="6"  /></td>
1645                            <td height="23" align="left" valign="top" class="body_text" >Planet
       / NPMA Lawn Care Summit - Jan 8-9, 2013<br></td>
1646                        </tr>
1647
1648                        <tr>
1649                                          <td colspan="2" height="10"></td>
1650                                              </tr>
1651                        <tr>
1652
1653                        <tr>
1654                            <td width="13" align="left" valign="top" style="padding-top:5px;">
       <img src="images/bull2.jpg" width="6" height="6"  /></td>
1655                            <td height="23" align="left" valign="top" class="body_text" >Real
       Green User Conference - Jan 10-12, 2013<br></td>
1656                        </tr>
1657
1658                        <tr>
1659                                          <td colspan="2" height="10"></td>
1660                                              </tr>
1661                        <tr>
1662
1663
1664
1665                       </table>
1666                       </div>
1667
1668
1669                       </td>
1670                     </tr>
1671                   </table>
1672
1673
1674
1675
1676
1677
1678
1679                       </td>
1680               <td width="14" height="320" align="left" valign="top"><img
       src="images/tbl31_end.jpg" width="14" height="320" /></td>
1681                 </tr>
1682             </table></td>
1683           </tr>
1684           <tr>
1685             <td width="200" height="12" align="left" valign="top"></td>
1686           </tr>
1687
1688           <tr>
1689             <td width="200" height="297" align="left" valign="top"><a
       href="/web/20130618070202/http://www.pmpwealthbuilders.com/" target="_blank"><img
       src="images/pmp.jpg" width="200" height="297" border="0" /></a></td>
1690           </tr>
1691
1692         </table></td>
1693     </tr>
```

```
1694          </table></td>
1695      </tr>
1696      <tr>
1697          <td width="970" height="10" align="left" valign="top"></td>
1698      </tr>
1699      <tr>
1700          <td width="970" height="79" align="left" valign="top"><table width="970" border="0"
cellspacing="0" cellpadding="0">
1701          <tr>
1702              <td width="10" height="79" align="left" valign="top"><img
src="images/foot_start.jpg" width="10" height="79" /></td>
1703              <td height="79" align="center" valign="middle" class="footer"><table border="0"
cellspacing="0" cellpadding="0">
1704              <tr>
1705                  <td height="24" align="center" valign="top"><ul>
1706                      <li><a href="index.html" target="_self" title="Home"><span>Home</span></a>
</li>
1707                      <li>|</li>
1708                      <li><a href="aboutus.html" target="_self" title="About Us">About Us</a></li>
1709                      <li>|</li>
1710                      <li><a href="accounting_services.html" target="_self" title="Accounting
Services">Accounting Services </a></li>
1711                      <li>|</li>
1712                      <li><a href="getting_started.html" target="_self" title="Getting
Started">Getting Started</a></li>
1713                      <li>|</li>
1714                      <li><a href="client_success_strories.html" target="_self" title="Client
Success Stories">Client Success Stories</a></li>
1715                      <li>|</li>
1716                      <li><a href="archived_newsletters.html" target="_self"
title="Newsletter">Newsletter</a></li>
1717                      <li>|</li>
1718                      <li class="noPadd"><a href="contactus.html" target="_self" title="Contact
Us">Contact Us </a></li>
1719                      </ul></td>
1720                  </tr>
1721                  <tr>
1722                      <td align="center" valign="middle">Copyright &copy; 2010 PCO Bookkeepers. All
Rights Reserved. </td>
1723                  </tr>
1724              </table></td>
1725              <td width="10" height="79" align="left" valign="top"><img src="images/foot_end.jpg"
width="10" height="79" /></td>
1726          </tr>
1727      </table></td>
1728      </tr>
1729  </table>
1730  </form>
1731  </body>
1732  </html>
1733
1734
1735
1736
1737
1738  <!--
1739      FILE ARCHIVED ON 7:02:02 Jun 18, 2013 AND RETRIEVED FROM THE
1740      INTERNET ARCHIVE ON 15:06:28 Mar 9, 2015.
1741      JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.
1742
1743
```

Case 1:15-cv-03556-JEI-AMD Document 1 Filed 05/20/15 Page 65 of 78 PageID: 65

```
         ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
1744     SECTION 108(a)(3)).
1745  -->
1746
```

# EXHIBIT C

```
/*
        FILE ARCHIVED ON 16:44:28 Nov 26, 2013 AND RETRIEVED FROM THE
        INTERNET ARCHIVE ON 15:04:53 Mar 9, 2015.
        JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

        ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
        SECTION 108(a)(3)).
*/
function parseGetVars(url) {
        var map = {};
        var parts = url.replace(/[?&]+([^=&]+)=([^&]*)/gi, function(m,key,value) {
        map[key] = value;
        });
        return map;
}
var getVars = parseGetVars(document.getElementById('my_vsp').src);

var my_swf = getVars['swf'];
var vsp_flv = getVars['flv'];
var vsp_flv2 = getVars['flv2'];

var x_off = getVars['x_off'];


        var ma_a = getVars['width'] / 480;
        var ma_b = 200 * ma_a;
        var w = Math.round(ma_b);

        var ma_c = w / 200;
        var ma_d = 150 * ma_c;
        var h = Math.round(ma_d);
//var w = 200;
//var h = 150;

/* Playback Parameters */
if(getVars['start'] == 'mini')
{
        var shrink_on_start = 'yes';
}
else
{
        var shrink_on_start = 'no';
}

if(getVars['close'] == 'shrink')
{
        var shrink_on_end = 'yes';
        var shrink_on_stop = 'yes';
        var close_on_end = 'no';
        var close_on_stop = 'no';
}
else
{
        var shrink_on_end = 'no';
        var shrink_on_stop = 'no';
```

```
        var close_on_end = 'yes';
        var close_on_stop = 'yes';
}

if(getVars['show_loading'] == '')
{
        var show_loading = 'yes';
}
else
{
        var show_loading = getVars['show_loading'];
}


if(getVars['vlm'] == '')
{
        var vlm = 80;
}
else
{
        var vlm = getVars['vlm'];
}

var vlm = getVars['vlm'];

/*
        Switch Mode:
        1: Sequential
        2: Random
*/
var switchMode = 2;

/* Date Range:
        If set to false, the optional date range parameter is ignored
        If set to true .. the swf is only displayed if it falls on that reange.
*/
var useDateRange = false;

/*
        Properties are specified as follows:
        'url,width,height,lf_Position, lf_Position_Dynamic, lf_OffSet_Top_Position,
lf_OffSet_Left_Position,right_align,play_when,start_date,end_date,small_width, small_height'
        play_when: 1=any, 2=first visit only, 3=subsequent visits
        date format: {m/d/y H:M} e.g. {9/1/09 13:15} or just the time {9:30}. if blank, just
use {}
*/
var arr_GLOBAL_SOURCE = new Array
(
        my_swf+','+getVars['width']+','+getVars['height']+',3,3,0,0,'+getVars['align_right']+'
,'+getVars['play_when']+',{},{},'+w+','+h

);
/* End Properties */




/*
YHeads-Player playerbase .JS file.
Version 1.5.0.0
Last Modified: 11/29/2009
```

```
 */


/* BEGIN --- cookie functions */

var firstVisit = true;

function getCookie(c_name) {
        if (document.cookie.length>0) {
                c_start=document.cookie.indexOf(c_name + "=");
                if (c_start!=-1) {
                        firstVisit = false;
                        c_start=c_start + c_name.length+1;
                        c_end=document.cookie.indexOf(";",c_start);
                        if (c_end==-1)
                                c_end=document.cookie.length;
                        return unescape(document.cookie.substring(c_start,c_end));
                }
        }
        return "";
}

function setCookie(c_name,value,expiredays) {
        var exdate=new Date();
        exdate.setDate(exdate.getDate()+expiredays);
        document.cookie=c_name+ "=" +escape(value)+((expiredays==null) ? "" :
";expires="+exdate.toGMTString());
}

var cookieName = "swfID";
var cookieVal = getCookie(cookieName);
var swfIndex = 0;

/* END --- cookie functions */


/* START --- Date Check functions */
function validRange(s, e) {
        if ( !s && !e ) {
                return false;
        }
        var v = false;
        if ( s ) {
                v = validDate(s,true)
        }
        if ( e ) {
                var v_e = validDate(e,false);
                if ( v ) {
                        v = v_e;
                }
        }
        return v;
}

function validDate(dt,s) { //yy,mm,dd,hh,mm,ss

        if (!dt)
                return false;

        var today = new Date();
```

```
        dt = dt.replace('{', '');
        dt = dt.replace('}', '');
        var y = 0;
        var m = 0;
        var d = 0;
        var hh = 0;
        var mm = 0;

        var arr_dt = dt.split(' ');
        if ( arr_dt[0].split('/')[2]) {
                y = arr_dt[0].split('/')[2];
                m = arr_dt[0].split('/')[0] - 1;
                d = arr_dt[0].split('/')[1];
                if (arr_dt[1]) {
                        hh = arr_dt[1].split(':')[0];
                        mm = arr_dt[1].split(':')[1];
                }
                var v_dt = new Date(y, m, d, hh, mm ,0);
        }
        else if (arr_dt[0].split(':')[1]) { // only time is specified
                y = today.getFullYear();
                m = today.getMonth();
                d = today.getDate();
                hh = arr_dt[0].split(':')[0];
                mm = arr_dt[0].split(':')[1];
                var v_dt = new Date(y, m, d, hh, mm ,0);
        }

        var days = 0;
        var difference = 0;


        var v_dt = new Date(y, m, d, hh, mm ,0);
        //alert(v_dt.toString());
        difference = v_dt - today;

        days = Math.round(difference/(1000*60*60*24));

        //alert(dt + ' - ' + difference);
        //y + ', ' + m + ', ' + d + ', ' + hh + ', ' + mm + ', 0');
        //alert(v_dt + ' - ' + today + ' - ' + dt + ' - ' + days);

        if (difference < 0 && s) {
                return true;
        }
        else if(difference > 0 && !s) {
                return true;

        }
        return false;
}

/* END ------ Date Check functions */

var arr_GLOBAL = new Array();

if (useDateRange) {
        for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                if ( validRange(arr_prop[9], arr_prop[10]) ) {
                        arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
```

```
            }
        }

        // if no dates are valid... just pick up the swfs with no date
        if (arr_GLOBAL.length == 0) {
            for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                if ( !arr_prop[9] && !arr_prop[10] ) {
                            arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                }
            }
        }
    }

    // at this point, arr_GLOBAL should have valid swfs by date
    // narrow down the source to just the filtered videos
    if (arr_GLOBAL.length > 0) {
        arr_GLOBAL_SOURCE = arr_GLOBAL;
        arr_GLOBAL = new Array();
    }

    // now filter by visit
    for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
        var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
        if ( firstVisit && (arr_prop[8] == 1 || arr_prop[8] == 2) ) {
            arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
        }
        else if ( firstVisit == false && (arr_prop[8] == 1 || arr_prop[8] == 3) ) {
            arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
        }
    }

    // if no movies quality, then ignore previous filter
    /*
    if (arr_GLOBAL.length > 0) {
        arr_GLOBAL = arr_GLOBAL_SOURCE;
    }
    */

    if ( cookieVal.length > 0 ) {

        if (switchMode == 1) {
            swfIndex = Math.round(cookieVal) + 1;
            if (swfIndex >= arr_GLOBAL.length) {
                swfIndex = 0;
            }
        }
        else {
            swfIndex = Math.floor(Math.random()*(arr_GLOBAL.length))
        }
    }

//alert('cookieVal: ' + cookieVal + '\nswitchMode: ' + switchMode + '\narr_GLOBAL: ' +
arr_GLOBAL + '\nswfIndex: ' + swfIndex);

    setCookie(cookieName, swfIndex, 7);

    if(cookieVal.length > 0 && getVars['play_when'] == 2) { }
    else {
        var arr_SwfInfo = arr_GLOBAL[swfIndex].split(',');
```

```
            var lf_URL = arr_SwfInfo[0];
            var GLOBAL_WIDTH = arr_SwfInfo[1];
            var GLOBAL_HEIGHT = arr_SwfInfo[2];
            var lf_Position = arr_SwfInfo[3];
            var lf_Position_Dynamic = arr_SwfInfo[4];
            var lf_OffSet_Top_Position = arr_SwfInfo[5];
            var lf_OffSet_Left_Position = arr_SwfInfo[6];
            var rt_Align = arr_SwfInfo[7];
            var sm_GLOBAL_WIDTH = arr_SwfInfo[11];
            var sm_GLOBAL_HEIGHT = arr_SwfInfo[12];
            var lf_ID = '01010';
            var lfVersion = -1;
            var arrNavInfo = [];
            var lfString;
            var viewState = 1;



if ( shrink_on_start == undefined ) {
        shrink_on_start = "yes";
}
if ( shrink_on_stop == undefined ) {
        shrink_on_stop = "yes";
}
if ( close_on_stop == undefined ) {
        close_on_stop = "no";
}
if ( shrink_on_end == undefined ) {
        shrink_on_end = "yes";
}
if ( close_on_end == undefined ) {
        close_on_end = "no";
}
if ( show_loading == undefined ) {
        show_loading = "yes";
}


var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
} else {
    arrNavInfo[0] = 'na';
    arrNavInfo[1] = 'an unknown browser';
}
```

```javascript
if (navigator.plugins != null && navigator.plugins.length > 0)
{
    if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave Flash']) {
        var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
        var lfDescription = navigator.plugins['Shockwave Flash' + swVer2].description;
        var descArray = [];
        var tempArrayMajor = [];
        var versionMajor = [];
        var tempArrayMinor = [];
        var versionMinor;
        descArray = lfDescription.split(' ');
        tempArrayMajor = descArray[2].split('.');
        versionMajor = tempArrayMajor[0];
        if (descArray[3] != '') {
            tempArrayMinor = descArray[3].split('r');
        } else {
            tempArrayMinor = descArray[4].split('r');
        }
        versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
        lfVersion = parseFloat(versionMajor + '.' + versionMinor);
    }
} else {
    for (var i = 8; i < 20; i++)
    {
        try {
            var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' + i);
            if (objFlash) {
                lfVersion = i;
            }
        } catch(e) {}
    }
}

function initVideo() {
    showLFOW_Video();
}

    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            if (window.addEventListener) window.addEventListener('load', initVideo, false);
            else if (window.attachEvent) window.attachEvent('onload', initVideo);
        } catch(e) {
            showLFOW_Video();
        }
    } else {
        showLFOW_Video();
    }

function showLFOW_Video()
{
    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            var lfDiv = document.createElement('div');
            if (lfDiv === undefined) {
                lf_Position = 'err';
            } else if (lfDiv == null) {
                lf_Position = 'err';
            } else {
                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat") { //this line added by corey 02/23/2010
                    lfDiv.id = divID;
```

```
                    lfDiv.style.position = 'absolute';
                    lfDiv.style.zIndex = 9999;
                    lfDiv.style.left = 0;
                    lfDiv.style.top = 0;
                    lfDiv.style.height = GLOBAL_HEIGHT;
                    lfDiv.style.width = GLOBAL_WIDTH;
                    lfDiv.style.visibility = 'visible';
                                //lfDiv.style.overflow = 'hidden';
                    //lfDiv.style.overflow = 'hidden';
                                }/////////This area added by corey 02/23/2010
                                else { /////////////////////////////
                    lfDiv.id = divID; ///////////////////
                    lfDiv.style.position = 'fixed'; //////
                    lfDiv.style.zIndex = 9999; ///////////
                    lfDiv.style.left = 0; ///////////////
                    lfDiv.style.bottom = 0; //////////////
                    lfDiv.style.height = GLOBAL_HEIGHT; //
                    lfDiv.style.width = GLOBAL_WIDTH; ////
                    lfDiv.style.visibility = 'visible'; //
                    //lfDiv.style.overflow = 'hidden';
                    //lfDiv.style.overflow = 'hidden'; /////
                                }/////////////////////////////////
        } catch(e) {
            lf_Position = 'err';
        }
    }
    makeScript()
    if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !== 'na')) {
        lfDiv.innerHTML = lfString;
        document.body.appendChild(lfDiv);
    } else if (lf_Position !== 2) {
        if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
"BackCompat")
                {
                    document.write( '<div id="' + divID +'" style="overflow:hidden;
position: absolute;z-index: 999;left: 0px;top: 0px;height:'+ GLOBAL_HEIGHT +'px;width: '+
GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                }
                else
                {
                    document.write( '<div id="' + divID +'" style="overflow:hidden;
bottom:0px left:0px; z-index: 999; top:0px; height:'+ GLOBAL_HEIGHT +'px;width: '+
GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                }

    }
        else {
                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat")
                {
                    document.write( '<div id="' + divID +'" style="overflow:hidden;
position: relative;z-index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
lf_OffSet_Top_Position + 'px;height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+
lfString +'</div>' );
                }
                else
                {
                    document.write( '<div id="' + divID +'" style="overflow:hidden;
bottom:0px z-index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
```

Case 1:13-cv-03560-SLT-VMS    Document 1    Filed 05/26/15    Page 75 of 78 PageID:75

```
lf_OffSet_Top_Position + 'px; height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+
lfString +'</div>' );
                        }
            }


        switch (arrNavInfo[0]) {
            case 'ie':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                }
                            window.onresize = moveVid;
                            //window.onscroll = ScrollHnd;
                //window.onresize = ScrollHnd;
                //window.setInterval('ScrollHnd()', 30);
            break;
            case 'gek':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                }
                            window.onresize = moveVid;
            break;
            case 'opr':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'kde':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'wtv':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
        }
        ScrollHnd();

}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
```

```
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
            divScroll = divScroll.style;
        }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;


    }
    else if (objDoc.body && ( objDoc.body.clientWidth || objDoc.body.clientHeight ))
    {
        screenWd = objDoc.body.clientWidth;
        screenHt = objDoc.body.clientHeight;
    }
    if (window.innerHeight)
    {
        screenY = wnd.pageYOffset;
        screenX = wnd.pageXOffset;
    }
    else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
    {
        screenY = objDoc.body.scrollTop;
        screenX = objDoc.body.scrollLeft;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft ||
objDoc.documentElement.scrollTop ))
    {
        screenY = objDoc.documentElement.scrollTop;
        screenX = objDoc.documentElement.scrollLeft;
    }
    divLeft = divLeft;
            if (rt_Align == 'true') /*** added 9/22/09 ***/
                    divLeft += screenX;
    divTop = divTop + screenY;
    divLeft = divLeft;
            if (rt_Align == 'true'){  /*** added 9/22/09 : Modified 11/30/09 ***/
                    if (viewState == 1) {
                            divLeft += (screenWd - GLOBAL_WIDTH);
                    }
                    else {
                            divLeft += (screenWd - sm_GLOBAL_WIDTH - 30);
                    }
            }
            if (viewState == 1) {
        divTop = divTop + (screenHt - GLOBAL_HEIGHT);
            }
            else {
        divTop = divTop + (screenHt - GLOBAL_HEIGHT) + (GLOBAL_HEIGHT - sm_GLOBAL_HEIGHT);
            }
    divScroll.left = divLeft + 'px';
        if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
"BackCompat")
```

```
        divScroll.top = divTop + 'px';
        }
    }
function makeScript()
{
    lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000' width='" +
GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' id='obj" + lf_ID + "' align='middle'
codebase='/web/20131126164428/https://download.macromedia.com/pub/shockwave/cabs/flash/swflash
.cab#version=8,0,24,0' >";
    lfString += "<param name='movie' value='" + lf_URL + "' />";
    lfString += "<param name='quality' value='high' />";
    lfString += "<param name='wmode' value='transparent' />";
    lfString += "<param name='flashvars'
value='cc="+getVars['cc']+"&x_off="+x_off+"&vlm="+vlm+"&flv_loc="+vsp_flv+"&shrink_on_start="
+ shrink_on_start + "&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop +
"&shrink_on_end=" + shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" +
show_loading + "' />";
    lfString += "<param name='allowScriptAccess' value='always' />";
    lfString += "<param name='loop' value='false' />";
    lfString += "<embed src='" + lf_URL +"' allowScriptAccess='always' quality='high'
wmode='transparent'
flashvars='cc="+getVars['cc']+"&x_off="+x_off+"&vlm="+vlm+"&flv_loc="+vsp_flv+"&w=" +
sm_GLOBAL_WIDTH + "&h=" + sm_GLOBAL_HEIGHT + "&shrink_on_start=" + shrink_on_start +
"&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop + "&shrink_on_end=" +
shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" + show_loading +
"&awidth='" + GLOBAL_WIDTH + "&aheight='" + GLOBAL_HEIGHT + "' loop='false' width='" +
GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' name='obj" + lf_ID + "' align='middle'
type='application/x-shockwave-flash'
pluginspage='/web/20131126164428/https://www.macromedia.com/go/getflashplayer' />";
    lfString += "</object>";
}

function yh_hide() {
        ScrollHnd();
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.display = 'none';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.display = 'none';
                }
                else { // IE 4
                        document.all.divID.style.display = 'none';
                }
        }
        ScrollHnd();
}

function yh_grow() {
        ScrollHnd();
        viewState = 1;
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.width = GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = GLOBAL_HEIGHT + 'px';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.width = GLOBAL_WIDTH + 'px';
                        document.divID.height = GLOBAL_HEIGHT + 'px';
                }
                else { // IE 4
```

Case 1:15-cv-03556-JEI-AMD   Document 1   Filed 05/26/15   Page 78 of 78 PageID: 78

```
                    document.all.divID.style.width = GLOBAL_WIDTH + 'px';
                    document.all.divID.style.height = GLOBAL_HEIGHT + 'px';
            }
        }
        ScrollHnd();
    }

function yh_shrink() {
        ScrollHnd();
        viewState = 2;
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.width = sm_GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = sm_GLOBAL_HEIGHT + 'px';
                //document.getElementById(divID).style.overflow = 'hidden';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.width = sm_GLOBAL_WIDTH + 'px';
                        document.divID.height = sm_GLOBAL_HEIGHT + 'px';
                }
                else { // IE 4
                        document.all.divID.style.width = sm_GLOBAL_WIDTH + 'px';
                        document.all.divID.style.height = sm_GLOBAL_HEIGHT + 'px';
                }
        }
        ScrollHnd();
    }



function moveVid() {
        document.getElementById(divID).offsetLeft = lf_OffSet_Left_Position - GLOBAL_WIDTH;
        document.getElementById(divID).offsetTop = lf_OffSet_Top_Position - GLOBAL_HEIGHT;
    }

    }
```